# Copyright


**Help**   **Search**   **History**   **Titles**   **Start Over**

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 76 of 102 entries



*Pretty Back Door Baby.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001789427 / 2012-05-10
**Application Title:** Pretty Back Door Baby.
**Title:** Pretty Back Door Baby.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2012
**Date of Publication:** 2012-05-08
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format [Full Record ▼] [Format for Print/Save] |
| Enter your email address: [_____] [Email] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

## EXHIBIT B