## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC,          )<br>                                              )<br>       Plaintiff,              )<br>                                              )<br>v.                                       )<br>                                              )<br>JOHN DOES 1-11,           )<br>                                              )<br>       Defendants.          )<br>_____) | Civil Case No. 1:12-cv-01117-WTL-DML |

### MOTION FOR LEAVE TO SERVE THIRD PARTY
### SUBPOENAS PRIOR TO A RULE 26(f) CONFERENCE

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Law in support of this motion; and (2) Declaration of Tobias Fieser in support of this motion, Malibu Media, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve third party subpoenas prior to a Rule 26(f) conference (the "Motion").  A proposed order is attached for the Court's convenience.

Dated:  August 21, 2012

                                        Respectfully submitted,

                                        NICOLETTI & ASSOCIATES, PLLC

                        By:    /s/ *Paul J. Nicoleti*
                                        Paul J. Nicoletti, Esq. (P44419)
                                        36880 Woodward Ave, Suite 100
                                        Bloomfield Hills, MI 48304
                                        Tel:  (248) 203-7800
                                        Fax:  (248) 203-7801
                                        E-Fax: (248) 928-7051
                                        Email:  paul@nicoletti-associates.com
                                        *Attorneys for Plaintiff*