UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:12-cv-01117-WTL-DML |
| | ) |
| JOHN DOES 1-11, | ) |
| | ) |
| Defendants. | ) |

## Order on Motion for Leave to Conduct Discovery

Plaintiff Malibu Media, LLC moves (Dkt. 12) the court to conduct discovery in advance of a Rule 26(f) conference[1] through the service of non-party subpoenas on Internet Service Providers ("ISPs") to learn the identities of the persons—now named as Defendants John Does 1-11—whose Internet Protocol ("IP") addresses correspond to the dates and times that those IP addresses participated in the alleged copying or distribution of a creative work for which the plaintiff holds the copyright.  Being duly advised, the court GRANTS in PART and DENIES in PART the motion as follows:

1. Plaintiff may serve non-party subpoenas on the ISPs identified on Exhibit A to its motion (*see* Dkt. 12-2 at p. 18) to obtain discovery directed at learning the identities of the persons whose IP addresses are identified on Exhibit A**.**

2. Information provided to the plaintiff in response to a subpoena may be used solely in connection with this litigation.

3. Absent further order of the court, plaintiff is not granted leave to conduct follow-up, or further, discovery based on or arising out of the information learned in response to subpoenas served on the ISPs and with respect to the IP addresses specifically identified on Exhibit A.

---

[1] At docket 4 is another, but incomplete, copy of the plaintiff's motion; the motion at docket 12 replaces the one at docket 4, which is denied as moot.

4. This order does not foreclose any ISP on which a subpoena is served to move the court to quash or modify the subpoena under Fed. R. Civ. P. 45.  Plaintiff must attach a copy of this Order to each subpoena.

So ORDERED.

Date: __08/24/2012__

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, PLLC
paul@nicoletti-associates.com