## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
|     Plaintiff, ) | Civil Case No. 1:12-cv-01117-WTL-DML |
| ) | |
| v. ) | |
| ) | |
| JOHN DOES 1-11, ) | |
| ) | |
|     Defendants. ) | |
| ) | |

### NOTICE OF FILING SUPPLEMENTAL NAMES
### PROVIDED BY COMCAST CORPORATION UNDER SEAL

Pursuant to this Court's Order [Dkt. #18], Plaintiff hereby files a copy of Comcast's supplemental response received on December 27, 2012.

Dated: January 3, 2013

Respectfully submitted,

NICOLETTI & ASSOCIATES, PLLC

By: /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel: (248) 203-7800
Fax: (248) 203-7801
E-Fax: (248) 928-7051
Email: paul@nicoletti-associates.com
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of January, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

By: /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)