

NE&TO
650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax

December 27, 2012

**CONFIDENTIAL**

**Via Overnight Delivery**
Paul Nicoletti, Esquire
Law Offices of Nicoletti & Associates, LLC
36880 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304

    Re:    *Malibu Media, LLC v. John Does 1-11*
             United States District Court for the Southern District of Indiana
             Docket No.: 1:12-cv-01117
             Order Entered: August 24, 2012
             Comcast File #: 416321

Dear Mr. Nicoletti:

      The Court Order entered August 24, 2012 with respect to the Docket Number shown above, has been forwarded to the Legal Response Center for a reply. Pursuant to this Order, Comcast's responses are included in Attachment A of this document.

                                      Very Truly Yours,

                                      Comcast Legal Response Center

Attachment A

| Comcast # | IP Address | Date | Time | First | Last | Phone No. | Street Address | City | State | Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 416321 | 98.223.76.11 | 05/25/2012 | 12:26:00 GMT | This doe defendant has been dismissed with prejudice on 12/26/2012. | | | | | | |