UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:12-cv-01117-WTL-MJD |
| v. ) | |
| ) | Judge William T. Lawrence |
| JOHN DOES 1-11, ) | Magistrate Judge Mark K. Dinsmore |
| ) | |
| Defendants. ) | |

## NOTICE OF DISCLOSURE OF IDENTITY

The Defendant formerly known as John Doe 10, by counsel, and pursuant to this Court's order denying her motion to proceed anonymously (Docket 49), hereby discloses her identify to the Court as **Meghan Romito**.[1]  The undersigned Counsel apologizes to the Court for failing to identify Ms. Romito in her ex-parte motion to proceed anonymously.  Counsel misunderstood the Court's *Order to Show Cause* on this point.[2]

Respectfully submitted,
**LEWIS & KAPPES, P.C.**

*/s/ Matthew S. Tarkington*
Matthew S. Tarkington, Bar No. 23773-49
One American Square, Suite 2500
Indianapolis, Indiana  46282-0003
Tel: (317) 639-1210
Fax: (317) 639-4882
mtarkington@lewis-kappes.com

---

[1]   Ms. Romito was inadvertently identified by Malibu Media while her motion to proceed anonymously was pending.

[2]   The *Order to Show Cause* indicated: "The movants are hereby granted fourteen days of the date of this Order to either provide the Court with information identifying "John Does #9 and #10" for the record or, if the movants wish to proceed anonymously in this matter, to file an appropriate ex parte motion seeking such relief, supported by a developed factual and legal showing sufficient to justify such an order." (Docket 29).

## CERTIFICATE OF SERVICE

I certify that on the 4th day of February, 2013, the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Paul J. Nicoletti
    36880 Woodward Ave., Suite 100
    Bloomfield Hills, Michigan 48304

                                                    */s/ Matthew S. Tarkington*
                                                    Matthew S. Tarkington, 23773-49

**LEWIS & KAPPES, P.C.**
One American Square, Suite 2500
Indianapolis, Indiana 46282
(317) 639-1210
(317) 639-4882 (fax)
mtarkington@lewis-kappes.com