**SHA-1 Hash:** B17E6CBB71FF9E931ED034CFC5EC7A3B8F29BB1E    **Title:** Pretty Back Door Baby
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 50.129.110.239 | 5/27/2012 2:13 | Shelbyville | IN | Comcast Cable | BitTorrent |
| 2 | 67.173.130.210 | 7/4/2012 12:03 | Greenwood | IN | Comcast Cable | BitTorrent |
| 3 | 68.57.241.165 | 5/22/2012 0:58 | Indianapolis | IN | Comcast Cable | BitTorrent |
| 4 | 69.136.163.46 | 6/1/2012 2:50 | Middletown | IN | Comcast Cable | BitTorrent |
| 5 | 98.220.123.135 | 7/2/2012 5:17 | Fishers | IN | Comcast Cable | BitTorrent |
| 6 | 98.220.43.119 | 7/30/2012 20:15 | Franklin | IN | Comcast Cable | BitTorrent |
| 7 | 98.220.96.60 | 5/21/2012 15:32 | Noblesville | IN | Comcast Cable | BitTorrent |
| 8 | 98.222.164.149 | 6/2/2012 20:08 | Pendleton | IN | Comcast Cable | BitTorrent |
| 9 | 98.223.76.11 | 5/25/2012 12:26 | Lafayette | IN | Comcast Cable | BitTorrent |
| 10 | 98.228.106.220 | 5/15/2012 2:42 | Indianapolis | IN | Comcast Cable | BitTorrent |
| 11 | 98.228.11.163 | 6/8/2012 4:50 | Anderson | IN | Comcast Cable | BitTorrent |