IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:12-cv-01117-WTL-MJD |
| HIND, et al., | ) |
| Defendants. | ) |

**ORDER DISMISSING WITH PREJUDICE**
**PLAINTIFF'S CLAIMS AGAINST DEFENDANT JAMES DUNCAN**

This matter is before the Court on the Plaintiff's *Agreed Motion for Dismissal, with Prejudice, of Plaintiff's Claims Against Defendant James Duncan* pursuant to Fed.R.Civ.P. 41(a)(2). The Court, being duly advised, now finds that the motion for dismissal should be, and hereby is, **APPROVED** and **GRANTED**.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims of Plaintiff Malibu Media, LLC against Defendant James Duncan are hereby DISMISSED WITH PREJUDICE, each party to bear its own fees and costs.

SO ORDERED.

Dated: 06/20/2013

Service will be made electronically
on all ECF-registered counsel of
record via email generated by
the Court's ECF system.

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

**Distribution to non-ECF registrants:**

JAMES DUNCAN
15414 Cornflower Court
Westfield, IN 46074

MICHAEL HARRIS
1434 South 13th Street
Elwood, IN 46036