IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                                                       Civil Action No. 1:12-cv-01117-WTL-MJD

R. STEPHEN HINDS, TROY LAMB,
MICHAEL HARRIS, ROBERT JOHNSON,
MICHAEL HARRISON, JAMES DUNCAN,
HOWARD MCDONALD and JOHN DOE 10,

        Defendants.

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF TROY LAMB ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Troy Lamb ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. Troy Lamb was assigned the IP Address 67.173.130.210. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Troy Lamb has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: July 16, 2013                Respectfully submitted,

        By:   /s/ *Paul J. Nicoletti*
        Paul J. Nicoletti
        paul@nicoletti-associates.com
        Law Office of Nicoletti & Associates, PLLC
        36880 Woodward Avenue, Suite 100
        Bloomfield Hills, MI 48304
        Phone:  248-203-7800
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 16, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                   By: /s/ *Paul J. Nicoletti*
                                                   Paul J. Nicoletti