# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

MALIBU MEDIA, LLC,

       Plaintiff,

v.                           Civil Action No. 1:12-cv-01117-WTL-DML

R. STEPHEN HINDS, TROY LAMB,
MICHAEL HARRIS, ROBERT JOHNSON,
MICHAEL HARRISON, JAMES DUNCAN,
HOWARD MCDONALD and JOHN DOE 10,

       Defendants.

## PLAINTIFF'S NOTICE OF SETTLEMENT
## WITH MICHAEL HARRIS ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Michael Harris ("Defendant"). Upon satisfaction of the terms of the parties' settlement agreement, Plaintiff will dismiss Defendant Michael Harris from this action with prejudice.

Dated: August 22, 2013

                                                Respectfully submitted,

                                                By:   /s/ *Paul J. Nicoletti*
                                                Paul J. Nicoletti
                                                paul@nicoletti-associates.com
                                                Law Office of Nicoletti & Associates, PLLC
                                                36880 Woodward Avenue, Suite 100
                                                Bloomfield Hills, MI 48304
                                                Phone: 248-203-7800
                                                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *Paul J. Nicoletti*
      Paul J. Nicoletti