```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF INDIANA
                       INDIANAPOLIS DIVISION


MALIBU MEDIA, LLC,                 )
                                   )
            Plaintiff,             )
       vs.                         ) NO. 1:12-cv-01117-WTL-MJD
                                   )
MICHAEL HARRIS,                    )
MICHAEL HARRISON,                  )
                                   )
            Defendants.            )
```

### Order

The Court has been advised by counsel that a settlement has been reached with regards to the Plaintiff's claims as to Defendant Michael Harris, only. All case management deadlines are hereby suspended with regards to Defendant Michael Harris and the pending Motion to Strike Answer to Amended Complaint or Summarily Dismiss Defendant's Affirmative Defenses [Dkt. 73] is DENIED AS MOOT. Defendant Michael Harris is relieved from any obligation to participate in Court Conferences unless expressly ordered to do so.

Within thirty (30) days of the date of this entry, counsel for the Plaintiff shall file a motion to dismiss Defendant Michael Harris and submit an order for the Court's signature ordering the dismissal of Defendant Michael Harris or the parties shall file a stipulation of dismissal of Defendant Michael Harris. Additional time to complete the execution of the settlement documents may be granted for good cause shown, if requested in

writing before expiration of this period.

So ORDERED.

Dated: 09/03/2013

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution List:

Amy L. Cueller
LEMBERG & ASSOCIATES, LLC
acueller@lemberglaw.com

David Scott Klinestiver
LEWIS & KAPPES
dklinestiver@lewis-kappes.com

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
pauljnicoletti@gmail.com

Gabriel J. Quearry
QUEARRY LAW, LLC
gq@quearrylaw.com

Anthony Jay Saunders
ajsaunde@hotmail.com

Matthew S. Tarkington
LEWIS & KAPPES, PC
mtarkington@lewis-kappes.com

MICHAEL HARRIS
1434 South 13th Street
Elwood, IN 46036