```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF INDIANA
                INDIANAPOLIS DIVISION
```

MALIBU MEDIA, LLC,            )
                              )
         Plaintiff,           )
    vs.                       ) NO. 1:12-cv-01117-WTL-MJD
                              )
MICHAEL HARRIS,               )
MICHAEL HARRISON,             )
                              )
         Defendants.          )

### MINUTE ENTRY FOR SEPTEMBER 13, 2013
### STATUS CONFERENCE
### HON. MARK J. DINSMORE, MAGISTRATE JUDGE

Parties appeared by telephone for a Status Conference. Plaintiff reported on the status of dismissal of Defendant Harris. The parties further reported on the status of discovery and indicated they have exchanged witness and exhibit lists. Plaintiff is instructed to serve its settlement demand on Defendant with a copy to the Court at MJDinsmore@insd.uscourts.gov within seven (7) days from the date of this order.

This matter is scheduled for a telephonic status conference on **Thursday, October 31, 2013 at 10:30 a.m.** to discuss case status. Counsel shall attend the status conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 09/16/2013

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Amy L. Cueller
LEMBERG & ASSOCIATES, LLC
acueller@lemberglaw.com

David Scott Klinestiver
LEWIS & KAPPES
dklinestiver@lewis-kappes.com

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
pauljnicoletti@gmail.com

Gabriel J. Quearry
QUEARRY LAW, LLC
gq@quearrylaw.com

Anthony Jay Saunders
ajsaunde@hotmail.com

Matthew S. Tarkington
LEWIS & KAPPES, PC
mtarkington@lewis-kappes.com

MICHAEL HARRIS
1434 South 13th Street
Elwood, IN 46036