UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | )  Cause No. 1:12-cv-1117-WTL-MJD |
| MICHAEL HARRISON, | ) ) ) |
| Defendants. | ) |

**ENTRY ON DEFENDANT MICHAEL HARRISON'S MOTION TO SEVER, MOTION FOR ATTORNEY'S FEES, AND MOTION FOR ORDER SETTING HEARING**

This cause is before the Court on the Motion to Sever (dkt. no. 82), the corresponding Motion for Costs and Reasonable Attorney's Fees (dkt. no. 84), and the Motion for Order Setting Hearing on Defendant's Motion to Sever (dkt. no. 114) filed by Defendant Michael Harrison.[1] On August 22, 2013, Plaintiff Malibu Media, LLC notified the Court that it had reached a settlement with Michael Harris, the only other remaining Defendant in this case (dkt. no. 120). Once the parties and/or the Court execute the appropriate dismissal documents for Harris, Harrison will become the *only* remaining Defendant in this case. Accordingly, the foregoing motions are **DENIED AS MOOT**.

SO ORDERED: 09/20/2013

*William T. Lawrence*
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

**Copy by US Mail to:**

Michael Harris
1434 South 13th Street
Elwood, IN 46036

Copies to all counsel of record via electronic communication.

---

[1] Not to be confused with Defendant Michael Harris.