IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MALIBU MEDIA, LLC,

        Plaintiff,

            Case No.  1:12-cv-01117-WTL-MJD

v.

MICHAEL HARRIS and MICHAEL HARRISON,

        Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Malibu Media, LLC and Defendant Michael Harris, subscriber assigned IP address 69.136.163.46, by their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in this matter are hereby dismissed with prejudice.

WHEREFORE, Plaintiff and Defendant Michael Harris respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant Michael Harris's claims against each other, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

/s/ Paul J. Nicoletti
Paul J. Nicoletti, Esquire
Nicoletti & Associates, PLLC
36880 Woodward Avenue
Suite 100
Bloomfield Hills, MI 48303
Phone:  248-203-7800
paul@nicoletti-associates.com
*Attorney for Plaintiff*

/s/ Michael Harris
Michael Harris
1434 South 13th Street
Elwood, IN  46036
*Pro Se Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2013, the foregoing *Stipulation of Dismissal* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ *Paul J. Nicoletti*
Paul J. Nicoletti

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MALIBU MEDIA, LLC,

       Plaintiff,

                                  Case No. 1:12-cv-01117-WTL-MJD

v.

MICHAEL HARRIS and MICHAEL
HARRISON,

       Defendants.
_____/

## ORDER ON STIPULATION FOR DISMISSAL

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff's and Defendant Michael Harris's claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant Michael Harris's claims against each other in this matter are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

SO ORDERED this ___ day of _____, 2013.

By: _____
**UNITED STATES MAGISTRATE JUDGE**