**Defendant: : Michael Harrison**

**IP:** 98.220.43.119
**ISP:** Comcast Cable
**Location:** Greenwood, IN

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 09/30/2012 12:14:06 | 59448198C43090645093E37289900D8EBB4D4D04 | Veronica Wet Orgasm |
| 09/30/2012 10:59:31 | 77A45D676CEF28F3EA2E9ACB4C602CADC6BBAA69 | Introducing Diana |
| 09/09/2012 20:33:43 | B17E6CBB71FF9E931ED034CFC5EC7A3B8F29BB1E | Pretty Back Door Baby |
| 09/09/2012 20:10:23 | EA1E6AE4D6A32559A46D2005846FD8C3120A6A21 | LA Love |
| 09/09/2012 17:35:21 | 9CA481711F4532C0AC8CBFD3BA22A74D1EF205E2 | Romantic Memories |
| 09/01/2012 00:55:13 | 21629FC4676869D8336961DB2AE8F2EC14770F19 | Sneak N Peek |

**Total Malibu Media, LLC Copyrights Infringed: 6**