**Defendant: : Michael Harrison**

**IP:** 98.220.43.119
**ISP:** Comcast Cable
**Location:** Greenwood, IN

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Veronica Wet Orgasm | PA0001762412 | 10/05/2011 | 11/23/2011 | 09/30/2012 |
| Introducing Diana | PA0001789511 | 05/11/2012 | 05/11/2012 | 09/30/2012 |
| Pretty Back Door Baby | PA0001789427 | 05/08/2012 | 05/10/2012 | 09/09/2012 |
| LA Love | PA0001790458 | 03/22/2010 | 05/23/2012 | 09/09/2012 |
| Romantic Memories | PA0001790375 | 05/16/2012 | 05/16/2012 | 09/09/2012 |
| Sneak N Peek | PA0001791522 | 06/01/2012 | 06/01/2012 | 09/01/2012 |

**Total Malibu Media, LLC Copyrights Infringed: 6**