# Technical Report

Analysis and facts about the infringement of 98.220.43.119 in June 6, 2012

Lipscomb, Eisenberg & Baker, P.L.

## Facs

|  |  |
|---:|:---|
| Client: | Malibu Media |
| Attorney: | Lipscomb, Eisenberg & Baker, P.L. |
| Title: | DIANA INTRODUCING DIANA |
| FileHash : | 77A45D676CEF28F3EA2E9ACB4C602CADC6BBAA69 |
| IP Address: | 98.220.43.119 |
| ISP/ Netblock Owner: | Comcast Cable |
| Geographic Location: | Franklin, US |

## Infringement Details

Our system has detected unauthorized copying and/or distribution of the work above-mentioned by analysing network traffic that proves the infringement flawlessly.

The infringer used the BitTorrent technology (via client software µTorrent 3.1.3) to copy and/or distribute the file(s) listed below.

| Session Start | Transfer Start | Transfer End | Session End | Filename |
| --- | --- | --- | --- | --- |
| 2012-06-03 21:27:04 | 2012-06-03 21:27:38 | 2012-06-03 21:27:51 | 2012-06-03 21:32:40 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-03 21:27:04 | 2012-06-03 21:27:38 | 2012-06-03 21:27:51 | 2012-06-03 21:32:40 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-03 21:27:04 | 2012-06-03 21:27:38 | 2012-06-03 21:27:51 | 2012-06-03 21:32:40 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-03 22:17:39 | 2012-06-03 22:18:13 | 2012-06-03 22:18:24 | 2012-06-03 22:23:24 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-03 22:17:39 | 2012-06-03 22:18:13 | 2012-06-03 22:18:24 | 2012-06-03 22:23:24 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-03 22:17:39 | 2012-06-03 22:18:13 | 2012-06-03 22:18:24 | 2012-06-03 22:23:24 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-03 23:44:43 | 2012-06-03 23:45:22 | 2012-06-03 23:46:11 | 2012-06-03 23:51:12 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-03 23:44:43 | 2012-06-03 23:45:22 | 2012-06-03 23:46:11 | 2012-06-03 23:51:12 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-03 23:44:43 | 2012-06-03 23:45:22 | 2012-06-03 23:46:11 | 2012-06-03 23:51:12 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-03 23:44:59 | 2012-06-03 23:45:39 | 2012-06-03 23:46:30 | 2012-06-03 23:51:16 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-03 23:44:59 | 2012-06-03 23:45:39 | 2012-06-03 23:46:30 | 2012-06-03 23:51:16 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-03 23:44:59 | 2012-06-03 23:45:39 | 2012-06-03 23:46:30 | 2012-06-03 23:51:16 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-06 15:41:39 | 2012-06-06 15:42:13 | 2012-06-06 15:42:25 | 2012-06-06 15:47:13 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-06 15:41:39 | 2012-06-06 15:42:13 | 2012-06-06 15:42:25 | 2012-06-06 15:47:13 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-06 15:41:39 | 2012-06-06 15:42:13 | 2012-06-06 15:42:25 | 2012-06-06 15:47:13 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-06 16:19:29 | 2012-06-06 16:20:03 | 2012-06-06 16:20:15 | 2012-06-06 16:25:13 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-06 16:19:29 | 2012-06-06 16:20:03 | 2012-06-06 16:20:15 | 2012-06-06 16:25:13 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-06 16:19:29 | 2012-06-06 16:20:03 | 2012-06-06 16:20:15 | 2012-06-06 16:25:13 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-06 16:54:47 | 2012-06-06 16:55:21 | 2012-06-06 16:55:32 | 2012-06-06 17:00:32 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-06 16:54:47 | 2012-06-06 16:55:21 | 2012-06-06 16:55:32 | 2012-06-06 17:00:32 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-06 16:54:47 | 2012-06-06 16:55:21 | 2012-06-06 16:55:32 | 2012-06-06 17:00:32 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-07 08:15:34 | 2012-06-07 08:16:08 | 2012-06-07 08:16:20 | 2012-06-07 08:21:12 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-07 08:15:34 | 2012-06-07 08:16:08 | 2012-06-07 08:16:20 | 2012-06-07 08:21:12 | X-Art - Introducing Diana [1080p].mov |

| Session Start | Transfer Start | Transfer End | Session End | Filename |
|---|---|---|---|---|
| 2012-06-07 08:15:34 | 2012-06-07 08:16:08 | 2012-06-07 08:16:20 | 2012-06-07 08:21:12 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-07 08:19:14 | 2012-06-07 08:19:48 | 2012-06-07 08:20:00 | 2012-06-07 08:25:00 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-07 08:19:14 | 2012-06-07 08:19:48 | 2012-06-07 08:20:00 | 2012-06-07 08:25:00 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-07 08:19:14 | 2012-06-07 08:19:48 | 2012-06-07 08:20:00 | 2012-06-07 08:25:00 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-07 08:59:52 | 2012-06-07 09:00:26 | 2012-06-07 09:00:38 | 2012-06-07 09:05:38 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-07 08:59:52 | 2012-06-07 09:00:26 | 2012-06-07 09:00:38 | 2012-06-07 09:05:38 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-07 08:59:52 | 2012-06-07 09:00:26 | 2012-06-07 09:00:38 | 2012-06-07 09:05:38 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-07 09:10:04 | 2012-06-07 09:10:38 | 2012-06-07 09:10:49 | 2012-06-07 09:15:49 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-07 09:10:04 | 2012-06-07 09:10:38 | 2012-06-07 09:10:49 | 2012-06-07 09:15:49 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-07 09:10:04 | 2012-06-07 09:10:38 | 2012-06-07 09:10:49 | 2012-06-07 09:15:49 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-19 21:17:45 | 2012-06-19 21:18:20 | 2012-06-19 21:18:31 | 2012-06-19 21:23:31 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-19 21:17:45 | 2012-06-19 21:18:20 | 2012-06-19 21:18:31 | 2012-06-19 21:23:31 | X-Art - Introducing Diana [1080p].mov |
| 2012-06-19 21:17:45 | 2012-06-19 21:18:20 | 2012-06-19 21:18:31 | 2012-06-19 21:23:31 | X-Art - Introducing Diana [1080p].mov |
| 2012-07-28 08:35:30 | 2012-07-28 08:36:04 | 2012-07-28 08:36:16 | 2012-07-28 08:41:06 | X-Art - Introducing Diana [1080p].mov |
| 2012-07-28 08:35:30 | 2012-07-28 08:36:04 | 2012-07-28 08:36:16 | 2012-07-28 08:41:06 | X-Art - Introducing Diana [1080p].mov |
| 2012-07-28 08:35:30 | 2012-07-28 08:36:04 | 2012-07-28 08:36:16 | 2012-07-28 08:41:06 | X-Art - Introducing Diana [1080p].mov |
| 2012-07-28 08:49:29 | 2012-07-28 08:50:03 | 2012-07-28 08:50:15 | 2012-07-28 08:55:06 | X-Art - Introducing Diana [1080p].mov |
| 2012-07-28 08:49:29 | 2012-07-28 08:50:03 | 2012-07-28 08:50:15 | 2012-07-28 08:55:06 | X-Art - Introducing Diana [1080p].mov |
| 2012-07-28 08:49:29 | 2012-07-28 08:50:03 | 2012-07-28 08:50:15 | 2012-07-28 08:55:06 | X-Art - Introducing Diana [1080p].mov |
| 2012-07-28 09:29:45 | 2012-07-28 09:30:24 | 2012-07-28 09:30:35 | 2012-07-28 09:35:35 | X-Art - Introducing Diana [1080p].mov |
| 2012-07-28 09:29:45 | 2012-07-28 09:30:24 | 2012-07-28 09:30:35 | 2012-07-28 09:35:35 | X-Art - Introducing Diana [1080p].mov |
| 2012-07-28 09:29:45 | 2012-07-28 09:30:24 | 2012-07-28 09:30:35 | 2012-07-28 09:35:35 | X-Art - Introducing Diana [1080p].mov |
| 2012-07-30 11:57:10 | 2012-07-30 11:57:45 | 2012-07-30 11:57:56 | 2012-07-30 12:02:56 | X-Art - Introducing Diana [1080p].mov |
| 2012-07-30 11:57:10 | 2012-07-30 11:57:45 | 2012-07-30 11:57:56 | 2012-07-30 12:02:56 | X-Art - Introducing Diana [1080p].mov |
| 2012-07-30 11:57:10 | 2012-07-30 11:57:45 | 2012-07-30 11:57:56 | 2012-07-30 12:02:56 | X-Art - Introducing Diana [1080p].mov |
| 2012-07-30 11:58:30 | 2012-07-30 11:59:05 | 2012-07-30 11:59:16 | 2012-07-30 12:04:13 | X-Art - Introducing Diana [1080p].mov |
| 2012-07-30 11:58:30 | 2012-07-30 11:59:05 | 2012-07-30 11:59:16 | 2012-07-30 12:04:13 | X-Art - Introducing Diana [1080p].mov |
| 2012-07-30 11:58:30 | 2012-07-30 11:59:05 | 2012-07-30 11:59:16 | 2012-07-30 12:04:13 | X-Art - Introducing Diana [1080p].mov |
| 2012-07-30 12:02:32 | 2012-07-30 12:03:06 | 2012-07-30 12:03:18 | 2012-07-30 12:08:13 | X-Art - Introducing Diana [1080p].mov |
| 2012-07-30 12:02:32 | 2012-07-30 12:03:06 | 2012-07-30 12:03:18 | 2012-07-30 12:08:13 | X-Art - Introducing Diana [1080p].mov |
| 2012-07-30 12:02:32 | 2012-07-30 12:03:06 | 2012-07-30 12:03:18 | 2012-07-30 12:08:13 | X-Art - Introducing Diana [1080p].mov |

| Session Start | Transfer Start | Transfer End | Session End | Filename |
|---|---|---|---|---|
| 2012-07-30 12:04:59 | 2012-07-30 12:05:37 | 2012-07-30 12:05:47 | 2012-07-30 12:10:48 | X-Art - Introducing Diana [1080p].mov |
| 2012-07-30 12:04:59 | 2012-07-30 12:05:37 | 2012-07-30 12:05:47 | 2012-07-30 12:10:48 | X-Art - Introducing Diana [1080p].mov |
| 2012-07-30 12:04:59 | 2012-07-30 12:05:37 | 2012-07-30 12:05:47 | 2012-07-30 12:10:48 | X-Art - Introducing Diana [1080p].mov |
| 2012-07-30 12:07:49 | 2012-07-30 12:08:24 | 2012-07-30 12:08:34 | 2012-07-30 12:11:14 | X-Art - Introducing Diana [1080p].mov |
| 2012-07-30 12:07:49 | 2012-07-30 12:08:24 | 2012-07-30 12:08:34 | 2012-07-30 12:11:14 | X-Art - Introducing Diana [1080p].mov |
| 2012-07-30 12:07:49 | 2012-07-30 12:08:24 | 2012-07-30 12:08:34 | 2012-07-30 12:11:14 | X-Art - Introducing Diana [1080p].mov |
| 2012-07-30 12:09:12 | 2012-07-30 12:09:46 | 2012-07-30 12:09:58 | 2012-07-30 12:11:13 | X-Art - Introducing Diana [1080p].mov |
| 2012-07-30 12:09:12 | 2012-07-30 12:09:46 | 2012-07-30 12:09:58 | 2012-07-30 12:11:13 | X-Art - Introducing Diana [1080p].mov |
| 2012-07-30 12:09:12 | 2012-07-30 12:09:46 | 2012-07-30 12:09:58 | 2012-07-30 12:11:13 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-04 20:32:38 | 2012-08-04 20:33:59 | 2012-08-04 20:34:11 | 2012-08-04 20:38:46 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-04 20:32:38 | 2012-08-04 20:33:59 | 2012-08-04 20:34:11 | 2012-08-04 20:38:46 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-04 20:32:38 | 2012-08-04 20:33:59 | 2012-08-04 20:34:11 | 2012-08-04 20:38:46 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-04 20:59:54 | 2012-08-04 21:00:28 | 2012-08-04 21:00:39 | 2012-08-04 21:05:29 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-04 20:59:54 | 2012-08-04 21:00:28 | 2012-08-04 21:00:39 | 2012-08-04 21:05:29 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-04 20:59:54 | 2012-08-04 21:00:28 | 2012-08-04 21:00:39 | 2012-08-04 21:05:29 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-04 21:00:57 | 2012-08-04 21:01:32 | 2012-08-04 21:01:43 | 2012-08-04 21:06:43 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-04 21:00:57 | 2012-08-04 21:01:32 | 2012-08-04 21:01:43 | 2012-08-04 21:06:43 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-04 21:00:57 | 2012-08-04 21:01:32 | 2012-08-04 21:01:43 | 2012-08-04 21:06:43 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-04 21:06:14 | 2012-08-04 21:06:48 | 2012-08-04 21:07:00 | 2012-08-04 21:07:29 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-04 21:06:14 | 2012-08-04 21:06:48 | 2012-08-04 21:07:00 | 2012-08-04 21:07:29 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-04 21:06:14 | 2012-08-04 21:06:48 | 2012-08-04 21:07:00 | 2012-08-04 21:07:29 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-05 03:11:58 | 2012-08-05 03:13:25 | 2012-08-05 03:13:36 | 2012-08-05 03:18:28 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-05 03:11:58 | 2012-08-05 03:13:25 | 2012-08-05 03:13:36 | 2012-08-05 03:18:28 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-05 03:11:58 | 2012-08-05 03:13:25 | 2012-08-05 03:13:36 | 2012-08-05 03:18:28 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-05 03:15:28 | 2012-08-05 03:16:44 | 2012-08-05 03:16:56 | 2012-08-05 03:21:56 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-05 03:15:28 | 2012-08-05 03:16:44 | 2012-08-05 03:16:56 | 2012-08-05 03:21:56 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-05 03:15:28 | 2012-08-05 03:16:44 | 2012-08-05 03:16:56 | 2012-08-05 03:21:56 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-05 03:17:01 | 2012-08-05 03:17:36 | 2012-08-05 03:17:47 | 2012-08-05 03:22:47 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-05 03:17:01 | 2012-08-05 03:17:36 | 2012-08-05 03:17:47 | 2012-08-05 03:22:47 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-05 03:17:01 | 2012-08-05 03:17:36 | 2012-08-05 03:17:47 | 2012-08-05 03:22:47 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-05 03:18:44 | 2012-08-05 03:19:19 | 2012-08-05 03:19:30 | 2012-08-05 03:24:28 | X-Art - Introducing Diana [1080p].mov |

| Session Start | Transfer Start | Transfer End | Session End | Filename |
|---|---|---|---|---|
| 2012-08-05 03:18:44 | 2012-08-05 03:19:19 | 2012-08-05 03:19:30 | 2012-08-05 03:24:28 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-05 03:18:44 | 2012-08-05 03:19:19 | 2012-08-05 03:19:30 | 2012-08-05 03:24:28 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-21 01:39:40 | 2012-08-21 01:40:15 | 2012-08-21 01:40:26 | 2012-08-21 01:45:26 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-21 01:39:40 | 2012-08-21 01:40:15 | 2012-08-21 01:40:26 | 2012-08-21 01:45:26 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-21 01:39:40 | 2012-08-21 01:40:15 | 2012-08-21 01:40:26 | 2012-08-21 01:45:26 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-21 02:02:48 | 2012-08-21 02:03:23 | 2012-08-21 02:03:34 | 2012-08-21 02:08:34 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-21 02:02:48 | 2012-08-21 02:03:23 | 2012-08-21 02:03:34 | 2012-08-21 02:08:34 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-21 02:02:48 | 2012-08-21 02:03:23 | 2012-08-21 02:03:34 | 2012-08-21 02:08:34 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-21 02:04:50 | 2012-08-21 02:05:25 | 2012-08-21 02:05:36 | 2012-08-21 02:10:37 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-21 02:04:50 | 2012-08-21 02:05:25 | 2012-08-21 02:05:36 | 2012-08-21 02:10:37 | X-Art - Introducing Diana [1080p].mov |
| 2012-08-21 02:04:50 | 2012-08-21 02:05:25 | 2012-08-21 02:05:36 | 2012-08-21 02:10:37 | X-Art - Introducing Diana [1080p].mov |
| 2012-09-30 10:39:58 | 2012-09-30 10:40:49 | 2012-09-30 10:42:03 | 2012-09-30 10:45:55 | X-Art - Introducing Diana [1080p].mov |
| 2012-09-30 10:39:58 | 2012-09-30 10:40:49 | 2012-09-30 10:42:03 | 2012-09-30 10:45:55 | X-Art - Introducing Diana [1080p].mov |
| 2012-09-30 10:39:58 | 2012-09-30 10:40:49 | 2012-09-30 10:42:03 | 2012-09-30 10:45:55 | X-Art - Introducing Diana [1080p].mov |
| 2012-09-30 10:55:35 | 2012-09-30 10:56:29 | 2012-09-30 10:59:31 | 2012-09-30 11:01:55 | X-Art - Introducing Diana [1080p].mov |
| 2012-09-30 10:55:35 | 2012-09-30 10:56:29 | 2012-09-30 10:59:31 | 2012-09-30 11:01:55 | X-Art - Introducing Diana [1080p].mov |
| 2012-09-30 10:55:35 | 2012-09-30 10:56:29 | 2012-09-30 10:59:31 | 2012-09-30 11:01:55 | X-Art - Introducing Diana [1080p].mov |

# Packet Sniffer - Summary

We've monitored the affected network connection from the infringer to us gapless, as you can see on page #6. To prove the offense in later time, we archived the full-size packet dump to resconstruct the case restoring the whole transfered data.

Shortened, we can extract the following process from the network packet dumps.

| Line # | Description |
| --- | --- |
| 2 | BitTorrent Handshake initialization by the opponent in this session. |
| 3 | We confirm the handshake request. |
| 4 | Opponent sent information about pieces that already have been downloaded successfully. |
| 6 | We pretend the interest of the piece(s) offered by the opponent. |
| 7 | Opponent has sent us a positive reply, meaning we should go forward. |
| 8 | We request the correlating torrent piece from the opponent. |
| 10 | Opponent sends us the requested piece. |

# Packet Sniffer - Results

The following logfile shows the network activity between the file-sharing user and our systems.

Explanation of the columns

| | |
|---|---|
| **#** | Consecutive numbering. |
| **Date, Time** | Moment of the communication. |
| **Source (IP:Port), Destination (IP:Port)** | Source describes the IP address of the sender; Destination describes the IP address of the receiving side. |
| | The communication is like an dialog in which both parties are sending and receiving network packets. Our systems may request pieces, so it also can be the sender. But it comes down to an infringement when the sender is sending a piece to us. |
| **Protocol** | Describes the used networking protocol was used to send the packet. |
| **Length** | Length of the network packet. |
| **Data** | Short and human readable information about the packet content was being sent/received. |

| # | Date, Time | Source (IP:Port) | Destination (IP:Port) | Protocol | Length | Data |
|---|---|---|---|---|---|---|
| 1 | Jun 6, 2012 15:41:39.441109000 UTC | 98.220.43.119:56143 | 192.168.113.200:9271 | TCP | 66 | 56143 > 9271 [SYN] Seq=0 Win=8192 Len=0 MSS=1460 WS=4 SACK_PERM=1 |
| 2 | Jun 6, 2012 15:41:39.585559000 UTC | 98.220.43.119:56143 | 192.168.113.200:9271 | BitTorrent | 122 | Handshake   77a45d676cef28f3ea2e9acb4c602cadc6bbaa69 |
| 3 | Jun 6, 2012 15:41:39.588195000 UTC | 192.168.113.200:9271 | 98.220.43.119:56143 | BitTorrent | 199 | Handshake  Extended   77a45d676cef28f3ea2e9acb4c602cadc6bbaa69 |
| 4 | Jun 6, 2012 15:41:40.753516000 UTC | 98.220.43.119:56143 | 192.168.113.200:9271 | BitTorrent | 744 | Extended Bitfield, Len:0xd3 Have, Piece (Idx:0x40a) Have, Piece (Idx:0x37) Have, Piece (Idx:0x615) Have, Piece (Idx:0x644) Have, Piece (Idx:0x232) Have, Piece (Idx:0x323) Have, Piece (Idx:0x479) Have, Piece (Idx:0xf4) Have, Piece (Idx:0xc0) Have, Piece (Idx:0x296) Have, Piece (Idx:0x5c) Have, Piece (Idx:0x5bb) Have, Piece (Idx:0x4d6) Have, Piece (Idx:0x2a) Have, Piece (Idx:0x2e6) Have, Piece (Idx:0x3f7) Have, Piece (Idx:0x35) Have, Piece (Idx:0x55d) Have, Piece (Idx:0x343) Have, Piece (Idx:0x645) Have, Piece (Idx:0x428) Have, Piece (Idx:0x1e9) Have, Piece (Idx:0x4b8) Have, Piece (Idx:0x3ad) Port |
| 5 | Jun 6, 2012 15:41:40.755541000 UTC | 192.168.113.200:9271 | 98.220.43.119:56143 | BitTorrent | 61 | Port |
| 6 | Jun 6, 2012 15:42:10.755272000 UTC | 192.168.113.200:9271 | 98.220.43.119:56143 | BitTorrent | 59 | Interested |
| 7 | Jun 6, 2012 15:42:11.448901000 UTC | 98.220.43.119:56143 | 192.168.113.200:9271 | BitTorrent | 60 | Unchoke |
| 8 | Jun 6, 2012 15:42:11.449904000 UTC | 192.168.113.200:9271 | 98.220.43.119:56143 | BitTorrent | 71 | Request, Piece (Idx:0x24e,Begin:0x0,Len:0x4000) |
| 9 | Jun 6, 2012 15:42:13.697055000 UTC | 98.220.43.119:56143 | 192.168.113.200:9271 | BitTorrent | 1514 | Extended |
| 10 | Jun 6, 2012 15:42:25.122921000 UTC | 98.220.43.119:56143 | 192.168.113.200:9271 | BitTorrent | 479 | Piece, Idx:0x24e,Begin:0x0,Len:0x4000 |
| 11 | Jun 6, 2012 15:42:55.125929000 UTC | 98.220.43.119:56143 | 192.168.113.200:9271 | BitTorrent | 58 | BitTorrent |
| 12 | Jun 6, 2012 15:43:25.125935000 UTC | 98.220.43.119:56143 | 192.168.113.200:9271 | BitTorrent | 58 | BitTorrent |
| 13 | Jun 6, 2012 15:43:55.126125000 UTC | 98.220.43.119:56143 | 192.168.113.200:9271 | BitTorrent | 58 | BitTorrent |
| 14 | Jun 6, 2012 15:44:15.448342000 UTC | 98.220.43.119:56143 | 192.168.113.200:9271 | BitTorrent | 137 | BitTorrent  Extended |
| 15 | Jun 6, 2012 15:46:18.441431000 UTC | 98.220.43.119:56143 | 192.168.113.200:9271 | BitTorrent | 60 | BitTorrent |
| 16 | Jun 6, 2012 15:47:13.555154000 UTC | 98.220.43.119:56143 | 192.168.113.200:9271 | TCP | 60 | 56143 > 9271 [FIN, ACK] Seq=17336 Ack=187 Win=64054 Len=0 |
| 17 | Jun 6, 2012 15:47:13.555859000 UTC | 192.168.113.200:9271 | 98.220.43.119:56143 | TCP | 54 | 9271 > 56143 [FIN, ACK] Seq=187 Ack=17337 Win=40880 Len=0 |