# Technical Report

Analysis and facts about the infringement of 98.220.43.119 in June 6, 2012

Lipscomb, Eisenberg & Baker, P.L.

# Facs

| | |
|---|---|
| Client: | Malibu Media |
| Attorney: | Lipscomb, Eisenberg & Baker, P.L. |
| Title: | GRACE SAMANTHA SNEAK N PEEK |
| FileHash : | 21629FC4676869D8336961DB2AE8F2EC14770F19 |
| IP Address: | 98.220.43.119 |
| ISP/ Netblock Owner: | Comcast Cable |
| Geographic Location: | Franklin, US |

## Infringement Details

Our system has detected unauthorized copying and/or distribution of the work above-mentioned by analysing network traffic that proves the infringement flawlessly.

The infringer used the BitTorrent technology (via client software µTorrent 3.1.3) to copy and/or distribute the file(s) listed below.

| Session Start | Transfer Start | Transfer End | Session End | Filename |
| --- | --- | --- | --- | --- |
| 2012-06-03 23:40:34 | 2012-06-03 23:41:31 | 2012-06-03 23:44:40 | 2012-06-03 23:46:23 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-06-03 23:40:34 | 2012-06-03 23:41:31 | 2012-06-03 23:44:40 | 2012-06-03 23:46:23 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-06-06 15:40:42 | 2012-06-06 15:41:16 | 2012-06-06 15:41:28 | 2012-06-06 15:46:28 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-06-06 15:40:42 | 2012-06-06 15:41:16 | 2012-06-06 15:41:28 | 2012-06-06 15:46:28 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-06-06 15:54:41 | 2012-06-06 15:55:16 | 2012-06-06 15:55:27 | 2012-06-06 16:00:28 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-06-06 15:54:41 | 2012-06-06 15:55:16 | 2012-06-06 15:55:27 | 2012-06-06 16:00:28 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-06-06 15:54:44 | 2012-06-06 15:55:18 | 2012-06-06 15:55:30 | 2012-06-06 16:00:30 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-06-06 15:54:44 | 2012-06-06 15:55:18 | 2012-06-06 15:55:30 | 2012-06-06 16:00:30 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-06-19 14:31:21 | 2012-06-19 14:31:55 | 2012-06-19 14:32:07 | 2012-06-19 14:37:07 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-06-19 14:31:21 | 2012-06-19 14:31:55 | 2012-06-19 14:32:07 | 2012-06-19 14:37:07 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-07-03 14:20:53 | 2012-07-03 14:21:28 | 2012-07-03 14:21:39 | 2012-07-03 14:26:32 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-07-03 14:20:53 | 2012-07-03 14:21:28 | 2012-07-03 14:21:39 | 2012-07-03 14:26:32 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-07-03 15:05:19 | 2012-07-03 15:05:54 | 2012-07-03 15:06:05 | 2012-07-03 15:11:06 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-07-03 15:05:19 | 2012-07-03 15:05:54 | 2012-07-03 15:06:05 | 2012-07-03 15:11:06 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-07-03 17:51:06 | 2012-07-03 17:51:41 | 2012-07-03 17:51:51 | 2012-07-03 17:56:42 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-07-03 17:51:06 | 2012-07-03 17:51:41 | 2012-07-03 17:51:51 | 2012-07-03 17:56:42 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-07-03 18:27:16 | 2012-07-03 18:27:50 | 2012-07-03 18:28:02 | 2012-07-03 18:33:02 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-07-03 18:27:16 | 2012-07-03 18:27:50 | 2012-07-03 18:28:02 | 2012-07-03 18:33:02 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-07-28 08:48:16 | 2012-07-28 08:49:19 | 2012-07-28 08:49:30 | 2012-07-28 08:51:01 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-07-28 08:48:16 | 2012-07-28 08:49:19 | 2012-07-28 08:49:30 | 2012-07-28 08:51:01 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-07-28 17:56:20 | 2012-07-28 17:56:54 | 2012-07-28 17:57:05 | 2012-07-28 18:02:05 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-07-28 17:56:20 | 2012-07-28 17:56:54 | 2012-07-28 17:57:05 | 2012-07-28 18:02:05 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-07-28 17:57:21 | 2012-07-28 17:57:55 | 2012-07-28 17:58:07 | 2012-07-28 18:03:07 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |

| Session Start | Transfer Start | Transfer End | Session End | Filename |
|---|---|---|---|---|
| 2012-07-28 17:57:21 | 2012-07-28 17:57:55 | 2012-07-28 17:58:07 | 2012-07-28 18:03:07 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-07-28 18:14:44 | 2012-07-28 18:16:13 | 2012-07-28 18:16:24 | 2012-07-28 18:21:24 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-07-28 18:14:44 | 2012-07-28 18:16:13 | 2012-07-28 18:16:24 | 2012-07-28 18:21:24 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-07-29 03:55:41 | 2012-07-29 03:56:16 | 2012-07-29 03:56:27 | 2012-07-29 04:01:27 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-07-29 03:55:41 | 2012-07-29 03:56:16 | 2012-07-29 03:56:27 | 2012-07-29 04:01:27 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-07-29 03:56:39 | 2012-07-29 03:57:14 | 2012-07-29 03:57:26 | 2012-07-29 04:02:26 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-07-29 03:56:39 | 2012-07-29 03:57:14 | 2012-07-29 03:57:26 | 2012-07-29 04:02:26 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-07-29 04:05:53 | 2012-07-29 04:06:28 | 2012-07-29 04:06:40 | 2012-07-29 04:11:40 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-07-29 04:05:53 | 2012-07-29 04:06:28 | 2012-07-29 04:06:40 | 2012-07-29 04:11:40 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-07-30 20:02:53 | 2012-07-30 20:03:44 | 2012-07-30 20:03:56 | 2012-07-30 20:08:56 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-07-30 20:02:53 | 2012-07-30 20:03:44 | 2012-07-30 20:03:56 | 2012-07-30 20:08:56 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-07-30 20:15:35 | 2012-07-30 20:16:09 | 2012-07-30 20:16:21 | 2012-07-30 20:21:15 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-07-30 20:15:35 | 2012-07-30 20:16:09 | 2012-07-30 20:16:21 | 2012-07-30 20:21:15 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-08-05 02:50:04 | 2012-08-05 02:50:39 | 2012-08-05 02:50:49 | 2012-08-05 02:55:50 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-08-05 02:50:04 | 2012-08-05 02:50:39 | 2012-08-05 02:50:49 | 2012-08-05 02:55:50 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-08-31 15:36:20 | 2012-08-31 15:36:54 | 2012-08-31 15:37:04 | 2012-08-31 15:42:04 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-08-31 15:36:20 | 2012-08-31 15:36:54 | 2012-08-31 15:37:04 | 2012-08-31 15:42:04 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-09-01 00:47:57 | 2012-09-01 00:48:31 | 2012-09-01 00:48:43 | 2012-09-01 00:53:43 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-09-01 00:47:57 | 2012-09-01 00:48:31 | 2012-09-01 00:48:43 | 2012-09-01 00:53:43 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-09-01 00:54:28 | 2012-09-01 00:55:03 | 2012-09-01 00:55:13 | 2012-09-01 01:00:13 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |
| 2012-09-01 00:54:28 | 2012-09-01 00:55:03 | 2012-09-01 00:55:13 | 2012-09-01 01:00:13 | X-Art - Sneak n Peek - Grace, Samantha [1080p].mov |

# Packet Sniffer - Summary

We've monitored the affected network connection from the infringer to us gapless, as you can see on page #6. To prove the offense in later time, we archived the full-size packet dump to resconstruct the case restoring the whole transfered data.

Shortened, we can extract the following process from the network packet dumps.

| Line # | Description |
| --- | --- |
| 2 | BitTorrent Handshake initialization by the opponent in this session. |
| 3 | We confirm the handshake request. |
| 4 | Opponent sent information about pieces that already have been downloaded successfully. |
| 6 | We pretend the interest of the piece(s) offered by the opponent. |
| 7 | Opponent has sent us a positive reply, meaning we should go forward. |
| 8 | We request the correlating torrent piece from the opponent. |
| 9 | Opponent sends us the requested piece. |

# Packet Sniffer - Results

The following logfile shows the network activity between the file-sharing user and our systems.

Explanation of the columns

| | |
|---|---|
| **#** | Consecutive numbering. |
| **Date, Time** | Moment of the communication. |
| **Source (IP:Port), Destination (IP:Port)** | Source describes the IP address of the sender; Destination describes the IP address of the receiving side. |
| | The communication is like an dialog in which both parties are sending and receiving network packets. Our systems may request pieces, so it also can be the sender. But it comes down to an infringement when the sender is sending a piece to us. |
| **Protocol** | Describes the used networking protocol was used to send the packet. |
| **Length** | Length of the network packet. |
| **Data** | Short and human readable information about the packet content was being sent/received. |

| # | Date, Time | Source (IP:Port) | Destination (IP:Port) | Protocol | Length | Data |
|---|---|---|---|---|---|---|
| 1 | Jun 6, 2012 15:40:42.460386000 UTC | 98.220.43.119:55902 | 192.168.114.202:5611 | TCP | 66 | 55902 > 5611 [SYN] Seq=0 Win=8192 Len=0 MSS=1460 WS=4 SACK_PERM=1 |
| 2 | Jun 6, 2012 15:40:42.584511000 UTC | 98.220.43.119:55902 | 192.168.114.202:5611 | BitTorrent | 122 | Handshake   21629fc4676869d8336961db2ae8f2ec14770f19 |
| 3 | Jun 6, 2012 15:40:42.585760000 UTC | 192.168.114.202:5611 | 98.220.43.119:55902 | BitTorrent | 685 | Handshake  Extended  Bitfield, Len:0x1e1   21629fc4676869d8336961db2ae8f2ec14770f19 |
| 4 | Jun 6, 2012 15:40:43.962628000 UTC | 98.220.43.119:55902 | 192.168.114.202:5611 | BitTorrent | 1013 | Extended Bitfield, Len:0x1e1 Have, Piece (Idx:0xd0c) Have, Piece (Idx:0xbc8) Have, Piece (Idx:0x4a2) Have, Piece (Idx:0x87b) Have, Piece (Idx:0x5f4) Have, Piece (Idx:0xa52) Have, Piece (Idx:0x528) Have, Piece (Idx:0x4da) Have, Piece (Idx:0xd5a) Have, Piece (Idx:0x397) Have, Piece (Idx:0x37f) Have, Piece (Idx:0x615) Have, Piece (Idx:0xe2) Have, Piece (Idx:0x980) Have, Piece (Idx:0xa4d) Have, Piece (Idx:0x913) Have, Piece (Idx:0x944) Have, Piece (Idx:0x561) Have, Piece (Idx:0x18d) Have, Piece (Idx:0x6b6) Have, Piece (Idx:0x98e) Have, Piece (Idx:0x908) Have, Piece (Idx:0xe55) Have, Piece (Idx:0xdb8) Port |
| 5 | Jun 6, 2012 15:40:43.965646000 UTC | 192.168.114.202:5611 | 98.220.43.119:55902 | BitTorrent | 61 | Port |
| 6 | Jun 6, 2012 15:41:13.964304000 UTC | 192.168.114.202:5611 | 98.220.43.119:55902 | BitTorrent | 59 | Interested |
| 7 | Jun 6, 2012 15:41:14.494050000 UTC | 98.220.43.119:55902 | 192.168.114.202:5611 | BitTorrent | 60 | Unchoke |
| 8 | Jun 6, 2012 15:41:14.495182000 UTC | 192.168.114.202:5611 | 98.220.43.119:55902 | BitTorrent | 71 | Request, Piece (Idx:0xa67,Begin:0x0,Len:0x4000) |
| 9 | Jun 6, 2012 15:41:28.370830000 UTC | 98.220.43.119:55902 | 192.168.114.202:5611 | BitTorrent | 391 | Piece, Idx:0xa67,Begin:0x0,Len:0x4000 |
| 10 | Jun 6, 2012 15:41:41.488856000 UTC | 98.220.43.119:55902 | 192.168.114.202:5611 | BitTorrent | 142 | Extended |
| 11 | Jun 6, 2012 15:41:58.372092000 UTC | 192.168.114.202:5611 | 98.220.43.119:55902 | BitTorrent | 58 | BitTorrent |
| 12 | Jun 6, 2012 15:42:28.372343000 UTC | 192.168.114.202:5611 | 98.220.43.119:55902 | BitTorrent | 58 | BitTorrent |
| 13 | Jun 6, 2012 15:42:41.501427000 UTC | 98.220.43.119:55902 | 192.168.114.202:5611 | BitTorrent | 133 | Extended |
| 14 | Jun 6, 2012 15:42:58.372623000 UTC | 192.168.114.202:5611 | 98.220.43.119:55902 | BitTorrent | 58 | BitTorrent |
| 15 | Jun 6, 2012 15:43:05.883944000 UTC | 192.168.114.202:5611 | 98.220.43.119:55902 | BitTorrent | 60 | Choke |
| 16 | Jun 6, 2012 15:43:41.512573000 UTC | 98.220.43.119:55902 | 192.168.114.202:5611 | BitTorrent | 142 | Extended |
| 17 | Jun 6, 2012 15:44:41.514897000 UTC | 98.220.43.119:55902 | 192.168.114.202:5611 | BitTorrent | 140 | Extended |
| 18 | Jun 6, 2012 15:45:11.468398000 UTC | 98.220.43.119:55902 | 192.168.114.202:5611 | BitTorrent | 60 | BitTorrent |
| 19 | Jun 6, 2012 15:46:28.636560000 UTC | 192.168.114.202:5611 | 98.220.43.119:55902 | TCP | 54 | 5611 > 55902 [FIN, ACK] Seq=673 Ack=17780 Win=42340 Len=0 |
| 20 | Jun 6, 2012 15:46:28.768608000 UTC | 98.220.43.119:55902 | 192.168.114.202:5611 | TCP | 60 | 55902 > 5611 [FIN, ACK] Seq=17780 Ack=674 Win=64863 Len=0 |