# Technical Report

Analysis and facts about the infringement of 98.220.43.119 in June 7, 2012

Lipscomb, Eisenberg & Baker, P.L.

## Facs

| | |
|---:|:---|
| Client: | Malibu Media |
| Attorney: | Lipscomb, Eisenberg & Baker, P.L. |
| Title: | VERONICA WET ORGASM |
| FileHash : | 59448198C43090645093E37289900D8EBB4D4D04 |
| IP Address: | 98.220.43.119 |
| ISP/ Netblock Owner: | Comcast Cable |
| Geographic Location: | Franklin, US |

## Infringement Details

Our system has detected unauthorized copying and/or distribution of the work above-mentioned by analysing network traffic that proves the infringement flawlessly.

The infringer used the BitTorrent technology (via client software µTorrent 3.1.3) to copy and/or distribute the file(s) listed below.

| Session Start | Transfer Start | Transfer End | Session End | Filename |
| --- | --- | --- | --- | --- |
| 2012-06-04 22:29:25 | 2012-06-04 22:30:01 | 2012-06-04 22:30:12 | 2012-06-04 22:33:23 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-06-06 22:00:34 | 2012-06-06 22:01:08 | 2012-06-06 22:01:20 | 2012-06-06 22:06:20 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-06-06 22:16:02 | 2012-06-06 22:16:36 | 2012-06-06 22:16:48 | 2012-06-06 22:21:48 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-06-07 00:00:27 | 2012-06-07 00:01:46 | 2012-06-07 00:01:57 | 2012-06-07 00:06:58 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-06-07 00:06:31 | 2012-06-07 00:07:06 | 2012-06-07 00:07:17 | 2012-06-07 00:12:17 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-06-07 01:08:44 | 2012-06-07 01:09:19 | 2012-06-07 01:09:30 | 2012-06-07 01:14:30 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-06-07 01:08:47 | 2012-06-07 01:09:22 | 2012-06-07 01:09:33 | 2012-06-07 01:14:30 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-06-07 01:11:54 | 2012-06-07 01:12:29 | 2012-06-07 01:12:39 | 2012-06-07 01:16:23 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-06-07 01:14:45 | 2012-06-07 01:15:20 | 2012-06-07 01:15:31 | 2012-06-07 01:16:23 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-06-07 07:52:23 | 2012-06-07 07:52:57 | 2012-06-07 07:53:08 | 2012-06-07 07:58:08 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-06-07 08:44:46 | 2012-06-07 08:45:21 | 2012-06-07 08:45:32 | 2012-06-07 08:50:20 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-06-07 08:59:39 | 2012-06-07 09:00:13 | 2012-06-07 09:00:25 | 2012-06-07 09:05:20 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-06-11 16:14:27 | 2012-06-11 16:15:02 | 2012-06-11 16:15:14 | 2012-06-11 16:20:14 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-06-11 16:15:23 | 2012-06-11 16:15:58 | 2012-06-11 16:16:09 | 2012-06-11 16:21:09 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-06-11 16:19:52 | 2012-06-11 16:20:27 | 2012-06-11 16:20:38 | 2012-06-11 16:22:12 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-06-11 16:23:32 | 2012-06-11 16:24:07 | 2012-06-11 16:24:17 | 2012-06-11 16:29:18 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-06-19 21:30:12 | 2012-06-19 21:31:04 | 2012-06-19 21:31:15 | 2012-06-19 21:36:15 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-06-19 21:31:38 | 2012-06-19 21:32:13 | 2012-06-19 21:32:24 | 2012-06-19 21:37:24 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-06-19 23:18:11 | 2012-06-19 23:18:53 | 2012-06-19 23:19:04 | 2012-06-19 23:24:04 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-06-25 06:00:16 | 2012-06-25 06:00:50 | 2012-06-25 06:01:01 | 2012-06-25 06:05:51 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-06-25 07:12:55 | 2012-06-25 07:13:29 | 2012-06-25 07:13:40 | 2012-06-25 07:18:41 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-06-25 07:17:05 | 2012-06-25 07:18:28 | 2012-06-25 07:18:40 | 2012-06-25 07:20:34 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-07-03 13:32:44 | 2012-07-03 13:33:18 | 2012-07-03 13:33:29 | 2012-07-03 13:34:27 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |

| Session Start | Transfer Start | Transfer End | Session End | Filename |
|---|---|---|---|---|
| 2012-07-03 13:56:00 | 2012-07-03 13:56:35 | 2012-07-03 13:56:47 | 2012-07-03 14:01:47 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-07-03 14:27:06 | 2012-07-03 14:28:01 | 2012-07-03 14:28:12 | 2012-07-03 14:33:04 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-07-03 15:02:52 | 2012-07-03 15:03:27 | 2012-07-03 15:03:38 | 2012-07-03 15:04:57 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-07-03 16:12:17 | 2012-07-03 16:12:52 | 2012-07-03 16:13:03 | 2012-07-03 16:14:47 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-07-08 22:03:46 | 2012-07-08 22:04:20 | 2012-07-08 22:04:31 | 2012-07-08 22:09:32 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-07-08 22:12:25 | 2012-07-08 22:12:59 | 2012-07-08 22:13:12 | 2012-07-08 22:18:09 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-07-08 22:13:34 | 2012-07-08 22:14:08 | 2012-07-08 22:14:22 | 2012-07-08 22:19:09 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-07-28 09:20:57 | 2012-07-28 09:21:31 | 2012-07-28 09:21:43 | 2012-07-28 09:24:01 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-07-28 18:06:51 | 2012-07-28 18:07:26 | 2012-07-28 18:07:38 | 2012-07-28 18:12:38 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-07-28 18:08:14 | 2012-07-28 18:08:48 | 2012-07-28 18:09:01 | 2012-07-28 18:13:48 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-07-28 18:20:11 | 2012-07-28 18:20:45 | 2012-07-28 18:20:56 | 2012-07-28 18:25:48 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-07-29 03:48:00 | 2012-07-29 03:48:39 | 2012-07-29 03:48:48 | 2012-07-29 03:53:37 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-07-29 03:52:02 | 2012-07-29 03:53:21 | 2012-07-29 03:53:31 | 2012-07-29 03:58:32 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-07-29 03:54:00 | 2012-07-29 03:54:35 | 2012-07-29 03:54:46 | 2012-07-29 03:59:37 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-07-29 04:20:14 | 2012-07-29 04:20:49 | 2012-07-29 04:21:01 | 2012-07-29 04:26:01 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-07-29 06:57:53 | 2012-07-29 06:58:28 | 2012-07-29 06:58:39 | 2012-07-29 07:03:37 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-07-29 06:57:56 | 2012-07-29 06:58:31 | 2012-07-29 06:58:42 | 2012-07-29 07:03:37 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-07-29 07:02:06 | 2012-07-29 07:02:40 | 2012-07-29 07:02:51 | 2012-07-29 07:07:51 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-07-30 15:36:24 | 2012-07-30 15:36:59 | 2012-07-30 15:37:10 | 2012-07-30 15:42:01 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-07-30 15:52:02 | 2012-07-30 15:52:47 | 2012-07-30 15:52:59 | 2012-07-30 15:57:59 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-07-30 15:56:28 | 2012-07-30 15:57:03 | 2012-07-30 15:57:10 | 2012-07-30 15:58:11 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-07-30 16:07:50 | 2012-07-30 16:08:25 | 2012-07-30 16:08:35 | 2012-07-30 16:10:01 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-08-31 15:42:03 | 2012-08-31 15:42:38 | 2012-08-31 15:42:48 | 2012-08-31 15:47:48 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-09-09 10:18:51 | 2012-09-09 10:20:21 | 2012-09-09 10:20:33 | 2012-09-09 10:21:27 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-09-09 13:32:33 | 2012-09-09 13:33:08 | 2012-09-09 13:33:19 | 2012-09-09 13:33:57 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-09-30 10:52:50 | 2012-09-30 10:53:37 | 2012-09-30 10:54:39 | 2012-09-30 10:59:26 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-09-30 10:58:57 | 2012-09-30 10:59:39 | 2012-09-30 11:01:24 | 2012-09-30 11:05:26 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |
| 2012-09-30 12:11:13 | 2012-09-30 12:12:33 | 2012-09-30 12:14:06 | 2012-09-30 12:14:43 | [X-Art]  Wet Orgasm - Veronica [1080p].mov |

# Packet Sniffer - Summary

We've monitored the affected network connection from the infringer to us gapless, as you can see on page #6. To prove the offense in later time, we archived the full-size packet dump to resconstruct the case restoring the whole transfered data.

Shortened, we can extract the following process from the network packet dumps.

| Line # | Description |
| --- | --- |
| 2 | BitTorrent Handshake initialization by the opponent in this session. |
| 3 | We confirm the handshake request. |
| 4 | Opponent sent information about pieces that already have been downloaded successfully. |
| 6 | We pretend the interest of the piece(s) offered by the opponent. |
| 7 | Opponent has sent us a positive reply, meaning we should go forward. |
| 8 | We request the correlating torrent piece from the opponent. |
| 10 | Opponent sends us the requested piece. |

# Packet Sniffer - Results

The following logfile shows the network activity between the file-sharing user and our systems.

Explanation of the columns

| | |
|---|---|
| **#** | Consecutive numbering. |
| **Date, Time** | Moment of the communication. |
| **Source (IP:Port), Destination (IP:Port)** | Source describes the IP address of the sender; Destination describes the IP address of the receiving side. |
| | The communication is like an dialog in which both parties are sending and receiving network packets. Our systems may request pieces, so it also can be the sender. But it comes down to an infringement when the sender is sending a piece to us. |
| **Protocol** | Describes the used networking protocol was used to send the packet. |
| **Length** | Length of the network packet. |
| **Data** | Short and human readable information about the packet content was being sent/received. |

| # | Date, Time | Source (IP:Port) | Destination (IP:Port) | Protocol | Length | Data |
|---|---|---|---|---|---|---|
| 1 | Jun  7, 2012 08:44:46.341482000 UTC | 98.220.43.119:55105 | 192.168.117.200:27729 | TCP | 66 | 55105 > 27729 [SYN] Seq=0 Win=8192 Len=0 MSS=1460 WS=4 SACK_PERM=1 |
| 2 | Jun  7, 2012 08:44:46.491764000 UTC | 98.220.43.119:55105 | 192.168.117.200:27729 | BitTorrent | 122 | Handshake   59448198c43090645093e37289900d8ebb4d4d04 |
| 3 | Jun  7, 2012 08:44:46.492452000 UTC | 192.168.117.200:27729 | 98.220.43.119:55105 | BitTorrent | 200 | Handshake  Extended   59448198c43090645093e37289900d8ebb4d4d04 |
| 4 | Jun  7, 2012 08:44:47.745238000 UTC | 98.220.43.119:55105 | 192.168.117.200:27729 | BitTorrent | 814 | Extended Bitfield, Len:0x119 Have, Piece (Idx:0x88d) Have, Piece (Idx:0xfe) Have, Piece (Idx:0x239) Have, Piece (Idx:0x493) Have, Piece (Idx:0x13) Have, Piece (Idx:0xb6) Have, Piece (Idx:0x72b) Have, Piece (Idx:0x2dc) Have, Piece (Idx:0x80c) Have, Piece (Idx:0x2a2) Have, Piece (Idx:0x424) Have, Piece (Idx:0xa2) Have, Piece (Idx:0xf3) Have, Piece (Idx:0x757) Have, Piece (Idx:0x3c5) Have, Piece (Idx:0x3e2) Have, Piece (Idx:0x40c) Have, Piece (Idx:0x3e7) Have, Piece (Idx:0x144) Have, Piece (Idx:0x6fa) Have, Piece (Idx:0x486) Have, Piece (Idx:0x3eb) Have, Piece (Idx:0x252) Have, Piece (Idx:0x591) Port |
| 5 | Jun  7, 2012 08:44:47.747109000 UTC | 192.168.117.200:27729 | 98.220.43.119:55105 | BitTorrent | 61 | Port |
| 6 | Jun  7, 2012 08:45:17.746458000 UTC | 192.168.117.200:27729 | 98.220.43.119:55105 | BitTorrent | 59 | Interested |
| 7 | Jun  7, 2012 08:45:18.358634000 UTC | 98.220.43.119:55105 | 192.168.117.200:27729 | BitTorrent | 60 | Unchoke |
| 8 | Jun  7, 2012 08:45:18.359692000 UTC | 192.168.117.200:27729 | 98.220.43.119:55105 | BitTorrent | 71 | Request, Piece (Idx:0x86a,Begin:0x0,Len:0x4000) |
| 9 | Jun  7, 2012 08:45:21.009022000 UTC | 98.220.43.119:55105 | 192.168.117.200:27729 | BitTorrent | 1514 | Extended |
| 10 | Jun  7, 2012 08:45:32.565498000 UTC | 98.220.43.119:55105 | 192.168.117.200:27729 | BitTorrent | 479 | Piece, Idx:0x86a,Begin:0x0,Len:0x4000 |
| 11 | Jun  7, 2012 08:46:02.566812000 UTC | 192.168.117.200:27729 | 98.220.43.119:55105 | BitTorrent | 58 | BitTorrent |
| 12 | Jun  7, 2012 08:46:32.566957000 UTC | 192.168.117.200:27729 | 98.220.43.119:55105 | BitTorrent | 58 | BitTorrent |
| 13 | Jun  7, 2012 08:47:02.567062000 UTC | 192.168.117.200:27729 | 98.220.43.119:55105 | BitTorrent | 58 | BitTorrent |
| 14 | Jun  7, 2012 08:47:24.382723000 UTC | 98.220.43.119:55105 | 192.168.117.200:27729 | BitTorrent | 60 | BitTorrent |
| 15 | Jun  7, 2012 08:49:25.332879000 UTC | 98.220.43.119:55105 | 192.168.117.200:27729 | BitTorrent | 60 | BitTorrent |
| 16 | Jun  7, 2012 08:50:20.367247000 UTC | 98.220.43.119:55105 | 192.168.117.200:27729 | TCP | 60 | 55105 > 27729 [FIN, ACK] Seq=17327 Ack=188 Win=65512 Len=0 |
| 17 | Jun  7, 2012 08:50:20.367955000 UTC | 192.168.117.200:27729 | 98.220.43.119:55105 | TCP | 54 | 27729 > 55105 [FIN, ACK] Seq=188 Ack=17328 Win=42496 Len=0 |