# Technical Report

Analysis and facts about the infringement of 98.220.43.119 in June 6, 2012

Lipscomb, Eisenberg & Baker, P.L.

## Facs

|  |  |
|---:|:---|
| Client: | Malibu Media |
| Attorney: | Lipscomb, Eisenberg & Baker, P.L. |
| Title: | AVRIL L.A. LOVE |
| FileHash : | EA1E6AE4D6A32559A46D2005846FD8C3120A6A21 |
| IP Address: | 98.220.43.119 |
| ISP/ Netblock Owner: | Comcast Cable |
| Geographic Location: | Franklin, US |

## Infringement Details

Our system has detected unauthorized copying and/or distribution of the work above-mentioned by analysing network traffic that proves the infringement flawlessly.

The infringer used the BitTorrent technology (via client software µTorrent 3.1.3) to copy and/or distribute the file(s) listed below.

| Session Start | Transfer Start | Transfer End | Session End | Filename |
| --- | --- | --- | --- | --- |
| 2012-06-03 21:22:22 | 2012-06-03 21:23:26 | 2012-06-03 21:23:33 | 2012-06-03 21:28:33 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-03 21:22:22 | 2012-06-03 21:23:26 | 2012-06-03 21:23:33 | 2012-06-03 21:28:33 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-03 21:22:27 | 2012-06-03 21:23:36 | 2012-06-03 21:23:42 | 2012-06-03 21:28:43 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-03 21:22:27 | 2012-06-03 21:23:36 | 2012-06-03 21:23:42 | 2012-06-03 21:28:43 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-03 23:39:28 | 2012-06-03 23:40:22 | 2012-06-03 23:43:38 | 2012-06-03 23:45:11 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-03 23:39:28 | 2012-06-03 23:40:22 | 2012-06-03 23:43:38 | 2012-06-03 23:45:11 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-03 23:43:44 | 2012-06-03 23:44:23 | 2012-06-03 23:45:16 | 2012-06-03 23:50:11 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-03 23:43:44 | 2012-06-03 23:44:23 | 2012-06-03 23:45:16 | 2012-06-03 23:50:11 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-04 09:28:44 | 2012-06-04 09:29:18 | 2012-06-04 09:29:24 | 2012-06-04 09:34:24 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-04 09:28:44 | 2012-06-04 09:29:18 | 2012-06-04 09:29:24 | 2012-06-04 09:34:24 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-04 21:45:45 | 2012-06-04 21:46:21 | 2012-06-04 21:46:34 | 2012-06-04 21:51:34 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-04 21:45:45 | 2012-06-04 21:46:21 | 2012-06-04 21:46:34 | 2012-06-04 21:51:34 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-04 21:45:48 | 2012-06-04 21:46:23 | 2012-06-04 21:46:31 | 2012-06-04 21:51:31 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-04 21:45:48 | 2012-06-04 21:46:23 | 2012-06-04 21:46:31 | 2012-06-04 21:51:31 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-04 21:46:05 | 2012-06-04 21:46:41 | 2012-06-04 21:46:55 | 2012-06-04 21:51:56 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-04 21:46:05 | 2012-06-04 21:46:41 | 2012-06-04 21:46:55 | 2012-06-04 21:51:56 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-06 09:32:29 | 2012-06-06 09:33:03 | 2012-06-06 09:33:09 | 2012-06-06 09:38:10 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-06 09:32:29 | 2012-06-06 09:33:03 | 2012-06-06 09:33:09 | 2012-06-06 09:38:10 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-06 10:54:31 | 2012-06-06 10:55:05 | 2012-06-06 10:55:16 | 2012-06-06 11:00:16 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-06 10:54:31 | 2012-06-06 10:55:05 | 2012-06-06 10:55:16 | 2012-06-06 11:00:16 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-06 15:59:14 | 2012-06-06 16:00:37 | 2012-06-06 16:00:50 | 2012-06-06 16:05:51 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-06 15:59:14 | 2012-06-06 16:00:37 | 2012-06-06 16:00:50 | 2012-06-06 16:05:51 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-06 16:54:39 | 2012-06-06 16:55:13 | 2012-06-06 16:55:24 | 2012-06-06 17:00:22 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |

| Session Start | Transfer Start | Transfer End | Session End | Filename |
|---|---|---|---|---|
| 2012-06-06 16:54:39 | 2012-06-06 16:55:13 | 2012-06-06 16:55:24 | 2012-06-06 17:00:22 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-06 16:57:05 | 2012-06-06 16:57:42 | 2012-06-06 16:57:51 | 2012-06-06 17:00:14 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-06 16:57:05 | 2012-06-06 16:57:42 | 2012-06-06 16:57:51 | 2012-06-06 17:00:14 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-06 17:00:10 | 2012-06-06 17:00:44 | 2012-06-06 17:00:56 | 2012-06-06 17:05:56 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-06 17:00:10 | 2012-06-06 17:00:44 | 2012-06-06 17:00:56 | 2012-06-06 17:05:56 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-07 08:07:45 | 2012-06-07 08:08:19 | 2012-06-07 08:08:31 | 2012-06-07 08:13:32 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-07 08:07:45 | 2012-06-07 08:08:19 | 2012-06-07 08:08:31 | 2012-06-07 08:13:32 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-08 11:09:43 | 2012-06-08 11:10:20 | 2012-06-08 11:10:26 | 2012-06-08 11:15:27 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-08 11:09:43 | 2012-06-08 11:10:20 | 2012-06-08 11:10:26 | 2012-06-08 11:15:27 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-08 11:11:16 | 2012-06-08 11:11:50 | 2012-06-08 11:12:06 | 2012-06-08 11:17:06 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-08 11:11:16 | 2012-06-08 11:11:50 | 2012-06-08 11:12:06 | 2012-06-08 11:17:06 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-19 20:03:28 | 2012-06-19 20:04:02 | 2012-06-19 20:04:13 | 2012-06-19 20:09:13 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-06-19 20:03:28 | 2012-06-19 20:04:02 | 2012-06-19 20:04:13 | 2012-06-19 20:09:13 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-07-28 06:26:44 | 2012-07-28 06:27:18 | 2012-07-28 06:27:30 | 2012-07-28 06:32:30 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-07-28 06:26:44 | 2012-07-28 06:27:18 | 2012-07-28 06:27:30 | 2012-07-28 06:32:30 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-07-28 06:28:28 | 2012-07-28 06:29:03 | 2012-07-28 06:29:14 | 2012-07-28 06:33:51 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-07-28 06:28:28 | 2012-07-28 06:29:03 | 2012-07-28 06:29:14 | 2012-07-28 06:33:51 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-07-28 09:05:06 | 2012-07-28 09:05:40 | 2012-07-28 09:05:51 | 2012-07-28 09:10:51 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-07-28 09:05:06 | 2012-07-28 09:05:40 | 2012-07-28 09:05:51 | 2012-07-28 09:10:51 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-07-28 09:21:00 | 2012-07-28 09:21:34 | 2012-07-28 09:21:46 | 2012-07-28 09:26:46 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-07-28 09:21:00 | 2012-07-28 09:21:34 | 2012-07-28 09:21:46 | 2012-07-28 09:26:46 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-07-28 09:26:40 | 2012-07-28 09:27:15 | 2012-07-28 09:27:26 | 2012-07-28 09:30:29 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-07-28 09:26:40 | 2012-07-28 09:27:15 | 2012-07-28 09:27:26 | 2012-07-28 09:30:29 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-07-28 15:00:12 | 2012-07-28 15:00:47 | 2012-07-28 15:00:58 | 2012-07-28 15:05:48 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-07-28 15:00:12 | 2012-07-28 15:00:47 | 2012-07-28 15:00:58 | 2012-07-28 15:05:48 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-07-28 15:01:42 | 2012-07-28 15:02:17 | 2012-07-28 15:02:29 | 2012-07-28 15:07:29 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-07-28 15:01:42 | 2012-07-28 15:02:17 | 2012-07-28 15:02:29 | 2012-07-28 15:07:29 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-07-28 15:06:29 | 2012-07-28 15:07:33 | 2012-07-28 15:07:45 | 2012-07-28 15:12:46 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-07-28 15:06:29 | 2012-07-28 15:07:33 | 2012-07-28 15:07:45 | 2012-07-28 15:12:46 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-07-28 15:10:07 | 2012-07-28 15:10:42 | 2012-07-28 15:10:54 | 2012-07-28 15:15:48 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-07-28 15:10:07 | 2012-07-28 15:10:42 | 2012-07-28 15:10:54 | 2012-07-28 15:15:48 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |

| Session Start | Transfer Start | Transfer End | Session End | Filename |
| --- | --- | --- | --- | --- |
| 2012-07-28 15:10:10 | 2012-07-28 15:10:45 | 2012-07-28 15:10:57 | 2012-07-28 15:15:48 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-07-28 15:10:10 | 2012-07-28 15:10:45 | 2012-07-28 15:10:57 | 2012-07-28 15:15:48 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-07-28 15:12:59 | 2012-07-28 15:13:34 | 2012-07-28 15:13:45 | 2012-07-28 15:17:48 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-07-28 15:12:59 | 2012-07-28 15:13:34 | 2012-07-28 15:13:45 | 2012-07-28 15:17:48 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-07-28 18:10:39 | 2012-07-28 18:11:45 | 2012-07-28 18:11:56 | 2012-07-28 18:16:56 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-07-28 18:10:39 | 2012-07-28 18:11:45 | 2012-07-28 18:11:56 | 2012-07-28 18:16:56 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-07-30 18:14:44 | 2012-07-30 18:15:18 | 2012-07-30 18:15:31 | 2012-07-30 18:20:31 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-07-30 18:14:44 | 2012-07-30 18:15:18 | 2012-07-30 18:15:31 | 2012-07-30 18:20:31 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-07-30 19:45:50 | 2012-07-30 19:46:24 | 2012-07-30 19:46:36 | 2012-07-30 19:48:01 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-07-30 19:45:50 | 2012-07-30 19:46:24 | 2012-07-30 19:46:36 | 2012-07-30 19:48:01 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-02 14:01:17 | 2012-08-02 14:01:52 | 2012-08-02 14:02:02 | 2012-08-02 14:07:03 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-02 14:01:17 | 2012-08-02 14:01:52 | 2012-08-02 14:02:02 | 2012-08-02 14:07:03 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-02 15:48:22 | 2012-08-02 15:48:57 | 2012-08-02 15:49:08 | 2012-08-02 15:54:08 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-02 15:48:22 | 2012-08-02 15:48:57 | 2012-08-02 15:49:08 | 2012-08-02 15:54:08 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-02 15:49:34 | 2012-08-02 15:50:09 | 2012-08-02 15:50:20 | 2012-08-02 15:55:20 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-02 15:49:34 | 2012-08-02 15:50:09 | 2012-08-02 15:50:20 | 2012-08-02 15:55:20 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-02 15:50:50 | 2012-08-02 15:51:25 | 2012-08-02 15:51:37 | 2012-08-02 15:56:37 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-02 15:50:50 | 2012-08-02 15:51:25 | 2012-08-02 15:51:37 | 2012-08-02 15:56:37 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-02 15:59:43 | 2012-08-02 16:00:18 | 2012-08-02 16:00:30 | 2012-08-02 16:05:30 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-02 15:59:43 | 2012-08-02 16:00:18 | 2012-08-02 16:00:30 | 2012-08-02 16:05:30 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-02 16:03:13 | 2012-08-02 16:03:48 | 2012-08-02 16:03:59 | 2012-08-02 16:07:38 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-02 16:03:13 | 2012-08-02 16:03:48 | 2012-08-02 16:03:59 | 2012-08-02 16:07:38 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-02 18:51:38 | 2012-08-02 18:52:13 | 2012-08-02 18:52:24 | 2012-08-02 18:57:24 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-02 18:51:38 | 2012-08-02 18:52:13 | 2012-08-02 18:52:24 | 2012-08-02 18:57:24 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-02 18:52:27 | 2012-08-02 18:53:02 | 2012-08-02 18:53:13 | 2012-08-02 18:58:13 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-02 18:52:27 | 2012-08-02 18:53:02 | 2012-08-02 18:53:13 | 2012-08-02 18:58:13 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-02 18:58:54 | 2012-08-02 18:59:29 | 2012-08-02 18:59:40 | 2012-08-02 19:04:38 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-02 18:58:54 | 2012-08-02 18:59:29 | 2012-08-02 18:59:40 | 2012-08-02 19:04:38 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-02 18:59:52 | 2012-08-02 19:00:26 | 2012-08-02 19:00:38 | 2012-08-02 19:05:38 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-02 18:59:52 | 2012-08-02 19:00:26 | 2012-08-02 19:00:38 | 2012-08-02 19:05:38 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-02 19:01:48 | 2012-08-02 19:02:23 | 2012-08-02 19:02:33 | 2012-08-02 19:07:33 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |

| Session Start | Transfer Start | Transfer End | Session End | Filename |
|---|---|---|---|---|
| 2012-08-02 19:01:48 | 2012-08-02 19:02:23 | 2012-08-02 19:02:33 | 2012-08-02 19:07:33 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-04 14:35:42 | 2012-08-04 14:36:16 | 2012-08-04 14:36:28 | 2012-08-04 14:41:28 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-04 14:35:42 | 2012-08-04 14:36:16 | 2012-08-04 14:36:28 | 2012-08-04 14:41:28 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-04 14:37:05 | 2012-08-04 14:37:40 | 2012-08-04 14:37:51 | 2012-08-04 14:42:52 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-04 14:37:05 | 2012-08-04 14:37:40 | 2012-08-04 14:37:51 | 2012-08-04 14:42:52 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-04 14:38:05 | 2012-08-04 14:38:40 | 2012-08-04 14:38:51 | 2012-08-04 14:43:51 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-04 14:38:05 | 2012-08-04 14:38:40 | 2012-08-04 14:38:51 | 2012-08-04 14:43:51 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-04 14:46:49 | 2012-08-04 14:47:23 | 2012-08-04 14:47:36 | 2012-08-04 14:52:28 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-04 14:46:49 | 2012-08-04 14:47:23 | 2012-08-04 14:47:36 | 2012-08-04 14:52:28 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-04 14:46:52 | 2012-08-04 14:47:27 | 2012-08-04 14:47:38 | 2012-08-04 14:52:28 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-04 14:46:52 | 2012-08-04 14:47:27 | 2012-08-04 14:47:38 | 2012-08-04 14:52:28 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-04 19:34:19 | 2012-08-04 19:35:13 | 2012-08-04 19:35:23 | 2012-08-04 19:40:24 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-04 19:34:19 | 2012-08-04 19:35:13 | 2012-08-04 19:35:23 | 2012-08-04 19:40:24 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-04 19:42:29 | 2012-08-04 19:43:03 | 2012-08-04 19:43:14 | 2012-08-04 19:48:14 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-04 19:42:29 | 2012-08-04 19:43:03 | 2012-08-04 19:43:14 | 2012-08-04 19:48:14 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-04 20:18:09 | 2012-08-04 20:18:43 | 2012-08-04 20:18:55 | 2012-08-04 20:23:55 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-04 20:18:09 | 2012-08-04 20:18:43 | 2012-08-04 20:18:55 | 2012-08-04 20:23:55 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-04 21:02:18 | 2012-08-04 21:02:52 | 2012-08-04 21:03:04 | 2012-08-04 21:07:58 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-04 21:02:18 | 2012-08-04 21:02:52 | 2012-08-04 21:03:04 | 2012-08-04 21:07:58 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-05 02:42:08 | 2012-08-05 02:43:10 | 2012-08-05 02:43:21 | 2012-08-05 02:48:21 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-05 02:42:08 | 2012-08-05 02:43:10 | 2012-08-05 02:43:21 | 2012-08-05 02:48:21 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-05 03:10:40 | 2012-08-05 03:11:15 | 2012-08-05 03:11:26 | 2012-08-05 03:16:26 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-05 03:10:40 | 2012-08-05 03:11:15 | 2012-08-05 03:11:26 | 2012-08-05 03:16:26 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-05 03:12:17 | 2012-08-05 03:12:52 | 2012-08-05 03:13:03 | 2012-08-05 03:18:03 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-05 03:12:17 | 2012-08-05 03:12:52 | 2012-08-05 03:13:03 | 2012-08-05 03:18:03 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-21 02:02:20 | 2012-08-21 02:02:54 | 2012-08-21 02:03:06 | 2012-08-21 02:08:06 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-21 02:02:20 | 2012-08-21 02:02:54 | 2012-08-21 02:03:06 | 2012-08-21 02:08:06 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-21 02:03:58 | 2012-08-21 02:04:32 | 2012-08-21 02:04:44 | 2012-08-21 02:09:44 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-21 02:03:58 | 2012-08-21 02:04:32 | 2012-08-21 02:04:44 | 2012-08-21 02:09:44 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-21 02:04:48 | 2012-08-21 02:05:22 | 2012-08-21 02:05:34 | 2012-08-21 02:10:34 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-21 02:04:48 | 2012-08-21 02:05:22 | 2012-08-21 02:05:34 | 2012-08-21 02:10:34 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |

| Session Start | Transfer Start | Transfer End | Session End | Filename |
|---|---|---|---|---|
| 2012-08-31 15:10:57 | 2012-08-31 15:11:31 | 2012-08-31 15:11:42 | 2012-08-31 15:16:43 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-31 15:10:57 | 2012-08-31 15:11:31 | 2012-08-31 15:11:42 | 2012-08-31 15:16:43 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-31 15:40:36 | 2012-08-31 15:41:10 | 2012-08-31 15:41:20 | 2012-08-31 15:46:16 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-31 15:40:36 | 2012-08-31 15:41:10 | 2012-08-31 15:41:20 | 2012-08-31 15:46:16 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-31 15:41:31 | 2012-08-31 15:42:05 | 2012-08-31 15:42:17 | 2012-08-31 15:47:16 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-31 15:41:31 | 2012-08-31 15:42:05 | 2012-08-31 15:42:17 | 2012-08-31 15:47:16 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-31 15:55:44 | 2012-08-31 15:56:18 | 2012-08-31 15:56:30 | 2012-08-31 16:01:30 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-31 15:55:44 | 2012-08-31 15:56:18 | 2012-08-31 15:56:30 | 2012-08-31 16:01:30 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-31 15:58:13 | 2012-08-31 15:58:47 | 2012-08-31 15:58:58 | 2012-08-31 16:02:06 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-31 15:58:13 | 2012-08-31 15:58:47 | 2012-08-31 15:58:58 | 2012-08-31 16:02:06 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-31 15:59:30 | 2012-08-31 16:00:04 | 2012-08-31 16:00:15 | 2012-08-31 16:02:07 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-31 15:59:30 | 2012-08-31 16:00:04 | 2012-08-31 16:00:15 | 2012-08-31 16:02:07 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-31 21:41:09 | 2012-08-31 21:41:44 | 2012-08-31 21:41:55 | 2012-08-31 21:46:55 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-31 21:41:09 | 2012-08-31 21:41:44 | 2012-08-31 21:41:55 | 2012-08-31 21:46:55 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-31 21:43:29 | 2012-08-31 21:44:04 | 2012-08-31 21:44:14 | 2012-08-31 21:49:14 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-31 21:43:29 | 2012-08-31 21:44:04 | 2012-08-31 21:44:14 | 2012-08-31 21:49:14 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-31 21:51:26 | 2012-08-31 21:52:01 | 2012-08-31 21:52:13 | 2012-08-31 21:57:13 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-08-31 21:51:26 | 2012-08-31 21:52:01 | 2012-08-31 21:52:13 | 2012-08-31 21:57:13 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-01 00:53:31 | 2012-09-01 00:54:06 | 2012-09-01 00:54:17 | 2012-09-01 00:59:18 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-01 00:53:31 | 2012-09-01 00:54:06 | 2012-09-01 00:54:17 | 2012-09-01 00:59:18 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-01 00:58:19 | 2012-09-01 00:58:54 | 2012-09-01 00:59:05 | 2012-09-01 01:04:05 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-01 00:58:19 | 2012-09-01 00:58:54 | 2012-09-01 00:59:05 | 2012-09-01 01:04:05 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-01 01:00:26 | 2012-09-01 01:01:01 | 2012-09-01 01:01:12 | 2012-09-01 01:06:12 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-01 01:00:26 | 2012-09-01 01:01:01 | 2012-09-01 01:01:12 | 2012-09-01 01:06:12 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-01 01:08:27 | 2012-09-01 01:09:02 | 2012-09-01 01:09:13 | 2012-09-01 01:14:14 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-01 01:08:27 | 2012-09-01 01:09:02 | 2012-09-01 01:09:13 | 2012-09-01 01:14:14 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-01 01:15:05 | 2012-09-01 01:15:39 | 2012-09-01 01:15:51 | 2012-09-01 01:16:25 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-01 01:15:05 | 2012-09-01 01:15:39 | 2012-09-01 01:15:51 | 2012-09-01 01:16:25 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-09 09:57:01 | 2012-09-09 09:57:36 | 2012-09-09 09:57:47 | 2012-09-09 10:02:47 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-09 09:57:01 | 2012-09-09 09:57:36 | 2012-09-09 09:57:47 | 2012-09-09 10:02:47 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-09 10:16:54 | 2012-09-09 10:17:29 | 2012-09-09 10:17:40 | 2012-09-09 10:22:40 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |

| Session Start | Transfer Start | Transfer End | Session End | Filename |
| --- | --- | --- | --- | --- |
| 2012-09-09 10:16:54 | 2012-09-09 10:17:29 | 2012-09-09 10:17:40 | 2012-09-09 10:22:40 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-09 10:18:08 | 2012-09-09 10:18:42 | 2012-09-09 10:18:53 | 2012-09-09 10:23:54 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-09 10:18:08 | 2012-09-09 10:18:42 | 2012-09-09 10:18:53 | 2012-09-09 10:23:54 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-09 10:20:44 | 2012-09-09 10:21:18 | 2012-09-09 10:21:30 | 2012-09-09 10:26:30 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-09 10:20:44 | 2012-09-09 10:21:18 | 2012-09-09 10:21:30 | 2012-09-09 10:26:30 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-09 10:21:47 | 2012-09-09 10:22:21 | 2012-09-09 10:22:33 | 2012-09-09 10:27:34 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-09 10:21:47 | 2012-09-09 10:22:21 | 2012-09-09 10:22:33 | 2012-09-09 10:27:34 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-09 11:06:27 | 2012-09-09 11:07:05 | 2012-09-09 11:07:16 | 2012-09-09 11:09:07 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-09 11:06:27 | 2012-09-09 11:07:05 | 2012-09-09 11:07:16 | 2012-09-09 11:09:07 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-09 13:42:12 | 2012-09-09 13:42:47 | 2012-09-09 13:42:58 | 2012-09-09 13:47:58 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-09 13:42:12 | 2012-09-09 13:42:47 | 2012-09-09 13:42:58 | 2012-09-09 13:47:58 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-09 13:49:03 | 2012-09-09 13:49:37 | 2012-09-09 13:49:48 | 2012-09-09 13:54:48 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-09 13:49:03 | 2012-09-09 13:49:37 | 2012-09-09 13:49:48 | 2012-09-09 13:54:48 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-09 13:51:38 | 2012-09-09 13:52:12 | 2012-09-09 13:52:23 | 2012-09-09 13:57:23 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-09 13:51:38 | 2012-09-09 13:52:12 | 2012-09-09 13:52:23 | 2012-09-09 13:57:23 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-09 13:58:25 | 2012-09-09 13:58:59 | 2012-09-09 13:59:10 | 2012-09-09 14:04:03 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-09 13:58:25 | 2012-09-09 13:58:59 | 2012-09-09 13:59:10 | 2012-09-09 14:04:03 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-09 14:02:07 | 2012-09-09 14:02:42 | 2012-09-09 14:02:49 | 2012-09-09 14:04:37 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-09 14:02:07 | 2012-09-09 14:02:42 | 2012-09-09 14:02:49 | 2012-09-09 14:04:37 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-09 17:31:17 | 2012-09-09 17:31:51 | 2012-09-09 17:32:02 | 2012-09-09 17:37:02 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-09 17:31:17 | 2012-09-09 17:31:51 | 2012-09-09 17:32:02 | 2012-09-09 17:37:02 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-09 19:53:05 | 2012-09-09 19:53:40 | 2012-09-09 19:53:51 | 2012-09-09 19:58:51 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-09 19:53:05 | 2012-09-09 19:53:40 | 2012-09-09 19:53:51 | 2012-09-09 19:58:51 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-09 19:53:08 | 2012-09-09 19:53:46 | 2012-09-09 19:53:56 | 2012-09-09 19:58:57 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-09 19:53:08 | 2012-09-09 19:53:46 | 2012-09-09 19:53:56 | 2012-09-09 19:58:57 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-09 20:08:59 | 2012-09-09 20:10:11 | 2012-09-09 20:10:23 | 2012-09-09 20:15:12 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |
| 2012-09-09 20:08:59 | 2012-09-09 20:10:11 | 2012-09-09 20:10:23 | 2012-09-09 20:15:12 | X-Art - Avril ** NEW 21 may 2012 ** HD 720.wmv |

# Packet Sniffer - Summary

We've monitored the affected network connection from the infringer to us gapless, as you can see on page #6. To prove the offense in later time, we archived the full-size packet dump to resconstruct the case restoring the whole transfered data.

Shortened, we can extract the following process from the network packet dumps.

| Line # | Description |
| --- | --- |
| 2 | BitTorrent Handshake initialization by the opponent in this session. |
| 3 | We confirm the handshake request. |
| 4 | Opponent sent information about pieces that already have been downloaded successfully. |
| 7 | We pretend the interest of the piece(s) offered by the opponent. |
| 8 | Opponent has sent us a positive reply, meaning we should go forward. |
| 9 | We request the correlating torrent piece from the opponent. |
| 10 | Opponent sends us the requested piece. |

# Packet Sniffer - Results

The following logfile shows the network activity between the file-sharing user and our systems.

Explanation of the columns

| | |
|---|---|
| **#** | Consecutive numbering. |
| **Date, Time** | Moment of the communication. |
| **Source (IP:Port), Destination (IP:Port)** | Source describes the IP address of the sender; Destination describes the IP address of the receiving side. |
| | The communication is like an dialog in which both parties are sending and receiving network packets. Our systems may request pieces, so it also can be the sender. But it comes down to an infringement when the sender is sending a piece to us. |
| **Protocol** | Describes the used networking protocol was used to send the packet. |
| **Length** | Length of the network packet. |
| **Data** | Short and human readable information about the packet content was being sent/received. |

| # | Date, Time | Source (IP:Port) | Destination (IP:Port) | Protocol | Length | Data |
|---|---|---|---|---|---|---|
| 1 | Jun 6, 2012 16:57:05.595094000 UTC | 98.220.43.119:57980 | 192.168.115.200:13256 | TCP | 66 | 57980 > 13256 [SYN] Seq=0 Win=8192 Len=0 MSS=1460 WS=4 SACK_PERM=1 |
| 2 | Jun 6, 2012 16:57:06.132886000 UTC | 98.220.43.119:57980 | 192.168.115.200:13256 | BitTorrent | 122 | Handshake   ea1e6ae4d6a32559a46d2005846fd8c3120a6a21 |
| 3 | Jun 6, 2012 16:57:06.134761000 UTC | 192.168.115.200:13256 | 98.220.43.119:57980 | BitTorrent | 485 | Handshake  Extended  Bitfield, Len:0x118   ea1e6ae4d6a32559a46d2005846fd8c3120a6a21 |
| 4 | Jun 6, 2012 16:57:07.704070000 UTC | 98.220.43.119:57980 | 192.168.115.200:13256 | BitTorrent | 814 | Extended Bitfield, Len:0x118 Have, Piece (Idx:0x26a) Have, Piece (Idx:0x62f) Have, Piece (Idx:0xe7) Have, Piece (Idx:0x6f4) Have, Piece (Idx:0x45a) Have, Piece (Idx:0x68) Have, Piece (Idx:0x8b0) Have, Piece (Idx:0xd0) Have, Piece (Idx:0x773) Have, Piece (Idx:0x7b0) Have, Piece (Idx:0x142) Have, Piece (Idx:0x249) Have, Piece (Idx:0x87c) Have, Piece (Idx:0xb0) Have, Piece (Idx:0x34f) Have, Piece (Idx:0x100) Have, Piece (Idx:0x517) Have, Piece (Idx:0x43f) Have, Piece (Idx:0x5a2) Have, Piece (Idx:0x752) Have, Piece (Idx:0xe) Have, Piece (Idx:0x1c1) Have, Piece (Idx:0x553) Have, Piece (Idx:0x4b6) Port |
| 5 | Jun 6, 2012 16:57:07.705979000 UTC | 192.168.115.200:13256 | 98.220.43.119:57980 | BitTorrent | 61 | Port |
| 6 | Jun 6, 2012 16:57:22.583124000 UTC | 98.220.43.119:57980 | 192.168.115.200:13256 | BitTorrent | 142 | Extended |
| 7 | Jun 6, 2012 16:57:37.705595000 UTC | 192.168.115.200:13256 | 98.220.43.119:57980 | BitTorrent | 59 | Interested |
| 8 | Jun 6, 2012 16:57:38.623148000 UTC | 98.220.43.119:57980 | 192.168.115.200:13256 | BitTorrent | 60 | Unchoke |
| 9 | Jun 6, 2012 16:57:38.624810000 UTC | 192.168.115.200:13256 | 98.220.43.119:57980 | BitTorrent | 71 | Request, Piece (Idx:0x4e7,Begin:0x0,Len:0x4000) |
| 10 | Jun 6, 2012 16:57:51.776259000 UTC | 98.220.43.119:57980 | 192.168.115.200:13256 | BitTorrent | 391 | Piece, Idx:0x4e7,Begin:0x0,Len:0x4000 |
| 11 | Jun 6, 2012 16:58:21.777278000 UTC | 192.168.115.200:13256 | 98.220.43.119:57980 | BitTorrent | 58 | BitTorrent |
| 12 | Jun 6, 2012 16:58:51.777543000 UTC | 192.168.115.200:13256 | 98.220.43.119:57980 | BitTorrent | 58 | BitTorrent |
| 13 | Jun 6, 2012 16:59:21.777993000 UTC | 192.168.115.200:13256 | 98.220.43.119:57980 | BitTorrent | 58 | BitTorrent |
| 14 | Jun 6, 2012 16:59:44.376388000 UTC | 98.220.43.119:57980 | 192.168.115.200:13256 | BitTorrent | 60 | BitTorrent |
| 15 | Jun 6, 2012 17:00:11.541622000 UTC | 192.168.115.200:13256 | 98.220.43.119:57980 | TCP | 54 | 13256 > 57980 [FIN, ACK] Seq=473 Ack=17323 Win=41644 Len=0 |
| 16 | Jun 6, 2012 17:00:13.603892000 UTC | 192.168.115.200:13256 | 98.220.43.119:57980 | TCP | 54 | 13256 > 57980 [FIN, ACK] Seq=473 Ack=17323 Win=41644 Len=0 |
| 17 | Jun 6, 2012 17:00:14.787193000 UTC | 98.220.43.119:57980 | 192.168.115.200:13256 | TCP | 60 | 57980 > 13256 [FIN, ACK] Seq=17323 Ack=474 Win=63768 Len=0 |
| 18 | Jun 6, 2012 17:00:15.891325000 UTC | 98.220.43.119:57980 | 192.168.115.200:13256 | TCP | 60 | 57980 > 13256 [FIN, ACK] Seq=17323 Ack=474 Win=63768 Len=0 |