UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
|    Plaintiff, ) | Civil Case No. 1:12-cv-01117-WTL-DML |
| ) | |
| v. ) | |
| ) | |
| R. STEPHEN HINDS, TROY LAMB, ) | |
| MICHAEL HARRIS, ROBERT JOHNSON, ) | |
| MICHAEL HARRISON, JAMES DUNCAN, ) | |
| HOWARD MCDONALD, and JOHN DOE 10, ) | |
| ) | |
|    Defendants. ) | |
| ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY IN FURTHER SUPPORT OF ITS MOTION FOR LEAVE TO AMEND THE THIRD AMENDED COMPLAINT [CM/ECF 130]**

**THIS CAUSE** having come before the Court upon Plaintiff's Motion for Extension of Time to File Reply in Further Support of its Motion for Leave to Amend the Third Amended Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

**ORDER AND ADJUDGE:** Plaintiff's Motion is granted. Plaintiff shall have until October 31, 2013 to file a reply in further support of its Motion for Leave to Amend the Third Amended Complaint [CM/ECF 130].

   DONE AND ORDERED

Dated: 10/25/2013

Distribution:
All Electronically
Registered Counsel

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

1