# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT INDIANA

MALIBU MEDIA, LLC,                          )
                                            )
     Plaintiff,                           )   Civil Case No. <u>1:12-cv-01117-WTL-DML</u>
                                            )
v.                                          )
                                            )
R. STEPHEN HINDS, TROY LAMB,                )
MICHAEL HARRIS, ROBERT JOHNSON,             )
MICHAEL HARRISON, JAMES DUNCAN,             )
HOWARD MCDONALD, and JOHN DOE 10,           )
                                            )
     Defendants.                          )
_____     )

## <u>NOTICE OF CORRECTION</u>

       PLEASE TAKE NOTICE Plaintiff's Motion for Entry of a Protective Order contains the following typographical errors:

- Pg. 2, Ln. 19 is incomplete.

       A copy of the Memorandum of Law with the above corrections is attached as Exhibit A. Plaintiff sincerely apologizes to the Court for any inconvenience the error may have caused.

       DATED this 9th day of December, 2013

                         Respectfully submitted,

                         NICOLETTI & ASSOCIATES, PLLC

              By:   <u>/s/ *Paul J. Nicoletti*</u>
                      Paul J. Nicoletti, Esq. (P44419)
                      36880 Woodward Ave, Suite 100
                      Bloomfield Hills, MI 48304
                      Tel:  (248) 203-7800
                      Fax:  (248) 203-7801
                      E-Fax: (248) 928-7051
                      Email:  paul@nicoletti-associates.com
                      *Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

This will certify that on this 9th day of December, 2013, I electronically filed the within and foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Gabriel J. Quearry
GQ@Quearrylaw.com
Quearry Law, LLC
386 Meridian Parke Lane, Suite A
Greenwood, Indiana 46142
Tel: (317) 285-9896
Fax: (317) 534-3069
*Attorney for Defendant*
*Michael Harrison*

By:     /s/ *Paul J. Nicoletti* _____