UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) NO. 1:12-cv-01117-WTL-MJD |
| | ) |
| MICHAEL HARRISON, | ) |
| | ) |
| Defendant. | ) |

<u>Entry on Briefing Schedule</u>
<u>Hon. Magistrate Judge Mark J. Dinsmore</u>

This cause comes before the court on the Plaintiff's Motion for Protective Order [Dkts. 143 & 144]. Defendant shall file a brief in response to Plaintiff's Motion by **Monday, December 16, 2013.** Plaintiff shall submit a brief in reply by **Thursday, December 19, 2013.**

Dated: 12/09/2013

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel