UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br> Plaintiff, )<br>)<br>v. )<br>)<br>R. STEPHEN HINDS, TROY LAMB, )<br>MICHAEL HARRIS, ROBERT JOHNSON, )<br>MICHAEL HARRISON, JAMES DUNCAN, )<br>HOWARD MCDONALD, and JOHN DOE 10, )<br>)<br> Defendants. )<br>_____)| Civil Case No. 1:12-cv-01117-WTL-MJD |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO
RESPOND TO DEFENDANT'S MOTION TO COMPEL AND TO CONTINUE
HEARING SCHEDULED FOR JANUARY 30, 2014 AT 11:00 AM**

 Plaintiff, Malibu Media, LLC ("Plaintiff"), moves for the entry of an order allowing Plaintiff a brief two (2) week extension to respond to Defendant Michael Harrison's ("Defendant") Motion to Compel and continuing the hearing scheduled for January 30, 2014 at 11:00 AM, and in support states:

 1. On January 9, 2014, Defendant moved to compel responses to his Request for Production. Pursuant to this Court's Scheduling Order, Plaintiff's response is due today, January 23, 2014, and a hearing is scheduled for January 30, 2014 11:00 AM [CM/ECF 152].

 2. Defendant's Motion to Compel raises intricate issues which Plaintiff is also briefing in connection with several other cases. As such, Plaintiff's response will be substantial and requires additional time within which to research and write a substantive brief.

 3. Plaintiff respectfully requests an additional two (2) weeks within which to complete its Response to Defendant's Motion to Compel, up to and including February 6, 2014.

Further, Plaintiff requests the hearing on Defendant's Motion to Compel, which is scheduled for January 30, 2014 at 11:00 AM, be continued until after Plaintiff has filed its response.

4.   Plaintiff attempted to confer with Defendant regarding the relief requested herein, but Defendant did not answer Plaintiff's call nor respond to Plaintiff's voicemail as of the time of this filing.

5.   This request is made in good faith and not made for the purpose of undue delay.

6.   None of the parties would be prejudiced by the granting of the extension of time, and said extension would not interfere with any case management deadlines because they were all suspended by the Court on January 2, 2014 [CM/ECF 149].

WHEREFORE, Plaintiff respectfully requests that the time within which it has to respond to Defendant's Michael Harrison's Motion to Compel be extended until February 6, 2014. Plaintiff further requests that the telephonic hearing scheduled for January 30, 2014 be continued to a later date, as the Court's schedule may permit. A proposed order is attached for the Court's convenience.

Dated:  January 23, 2014

Respectfully submitted,

NICOLETTI & ASSOCIATES, PLLC

By:   /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel:  (248) 203-7800
Fax:  (248) 203-7801
E-Fax: (248) 928-7051
Email:  paul@nicoletti-associates.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 23, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                          By:   /s/ *Paul J. Nicoletti*