UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, </br></br> Plaintiff, </br></br> v. </br></br> R. STEPHEN HIND, TROY LAMB, </br> MICHAEL HARRIS, ROBERT JOHNSON, </br> MICHAEL HARRISON, JAMES DUNCAN, </br> HOWARD MCDONALD, and JOHN DOE 10, </br></br> Defendants. | Civil Case No. 1:12-cv-01117-WTL-DML |

**ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO COMPEL AND TO CONTINUE HEARING SCHEDULED FOR JANUARY 30, 2014 AT 11:00 AM**

THIS CAUSE came before the Court upon Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Compel and to Continue Hearing Scheduled for January 30, 2014 at 11:00 AM (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. Plaintiff's Motion is granted.

2. Plaintiff shall have up to and including February 6, 2014 to file its response to Defendant's Motion to Compel [CM/ECF 150].

3. The hearing currently scheduled for January 30, 2014 at 11:00 AM is VACATED and will be rescheduled as necessary by separate order.

SO ORDERED this 24th day of January, 2014.

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution: Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.