UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL HARRISON, | ) | |
| | ) | No. 1:12-cv-01117-WTL-MJD |
| Defendant. | ) | |

**MINUTE ENTRY FOR APRIL 14, 2014
SETTLEMENT CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared in person and by counsel for a settlement conference. Settlement was not achieved. At the conclusion of the settlement conference, the parties discussed a Case Management Order, with approval by the parties, the Court will enter by separate order.

Dated: 04/25/2014

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court=s ECF system.