# ATTORNEY WORK PRODUCT

The foregoing information and observations are preliminary and not intended to be exhaustive.  I reserve the right to supplement my information and observations up to and including the time of trial.



**Computer Forensics LLC**
1880 North Congress Ave, Suite 333
Boynton Beach, Florida 33426
Main: 561.404.3074
experts@ComputerForensicsLLC.com
www.ComputerForensicsLLC.com

## Summary

The hard drive has 2 partitions on the hard drive and both contain a version of windows.  A search of the hard drive for files relating to x-art was negative however there is evidence of Torrent client in use.

**Partitions**

| Name | Id | Type | Start Sector | Total Sectors | Size |
|------|----|------|-------------:|--------------:|------|
|      | 07 | NTFS | 2,048 | 1,134,256,128 | 540.9GB |
|      | 07 | NTFS | 1,134,258,176 | 819,195,904 | 390.6GB |

The "C" volume was scanned for software keys and they are listed below. NOTE: the key listed FJGCP-4DFJD-GJY49-VJBQ7-HYRR2 appears to be pirated software and is listed numerous times in hacker websites on the Internet.

| Main scan | | |
|---|---|---|
| Windows 7 Ultimate | License Key | FJGCP-4DFJD-GJY49-VJBQ7-HYRR2 |
| Windows 7 Ultimate | Product ID | 00426-OEM-8992662-00006 |
| Windows 7 Ultimate | User | acer |
| Windows 7 Ultimate | Extra info | Full product name: Windows 7 Ultimate Service Pack 1<br>Product ID match to CD Key data<br>Product Part No.: X15-37374<br>Installed from 'OEM' media.<br>Is OEM: Yes |
| **Deep scan** | | |
| INTEL DISPLAY IGFXCUI Configurations ActiveDevices 4096-AUO8074 | PrimarySerialNo | AUO8074 |
| Symantec Symantec Endpoint Protection {FCF84532-5E19-4602-85DC-07AD26FE0070} | Product ID | SEP |

| | |
|---|---|
| Product Name: | Windows 7 Ultimate |
| Current Version: | 6.1 |
| Registered Owner: | acer |
| Registered Organization: | |
| System Root: | C:\Windows |
| Current Build Number: | 7601 |
| Path Name: | C:\Windows |
| Product ID: | 00426-OEM-8992662-00006 |
| Last Service Pack: | Service Pack 1 |
| Install Date: | 12/02/10 09:42:44AM |
| Last Shutdown Time: | 07/19/13 01:16:27AM |

Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

8/13/2013                                   Examination Report                                   Page 1 of 2

The "D" volume was scanned for software keys and they are listed below.

| Main scan | | |
|---|---|---|
| Electronic Arts - Need for Speed Shift | License Key | 5EKBUT6MAYJWG8C63XQ2 |
| Rockstar Games - Grand Theft Auto IV | License Key | BYFM6-W7HYB-CTKRH-8KQJP-Q9766 |
| Windows 7 Home Premium | License Key | 6TXM9-TYJYW-HYRX3-HRWTT-PHQ78 |
| Windows 7 Home Premium | Product ID | 00359-OEM-9811457-01729 |
| Windows 7 Home Premium | User | Sammy |
| Windows 7 Home Premium | Extra info | Full product name: Windows 7 Home Premium Service Pack 1<br>Product ID match to CD Key data<br>Product Part No.: X15-37340<br>Installed from 'OEM' media.<br>Is OEM: Yes |
| Deep scan | | |
| Rockstar Games Grand Theft Auto IV | CDKey | BYFM6-W7HYB-CTKRH-8KQJP-Q9766 |

| | |
|---|---|
| Product Name: | Windows 7 Home Premium |
| Current Version: | 6.1 |
| Registered Owner: | Sammy |
| Registered Organization: | |
| System Root: | C:\Windows |
| Current Build Number: | 7601 |
| Path Name: | C:\Windows |
| Product ID: | 00359-OEM-9811457-01729 |
| Last Service Pack: | Service Pack 1 |
| Install Date: | 02/06/13 08:12:08AM |
| Last Shutdown Time: | 07/24/13 06:13:47AM |

## Evidence of Torrent Use

I located the torrent program "uTorrent" installed on the hard drive in the following location:

| | |
|---|---|
| Name | uTorrent.exe |
| File Type | Windows Executable |
| File Category | Windows |
| Description | File, Archive |
| Is Deleted | No |
| Last Accessed | 12/13/10 04:41:36PM |
| File Created | 12/13/10 04:41:36PM |
| Last Written | 12/13/10 04:41:36PM |
| Entry Modified | 12/13/10 04:41:36PM |

C:\Program Files\uTorrent\uTorrent.exe

A search was conducted of the Registry and I located several torrent files, please see Registry Recon Report for listing.

Computer Forensics LLC | 1880 North Congress Ave, Suite 333| Boynton Beach, FL 33426 | 561.404.3074 | www.ComputerForensicsLLC.com

8/13/2013                        Examination Report                        Page 2 of 2