UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) No. 1:12-cv-01117-WTL-MJD |
| MICHAEL HARRISON, | ) ) |
| Defendant. | ) |

ORDER REGARDING DEFENDANT'S MOTION TO UNSEAL DOCUMENTS

This matter is before the Court on Defendant's motion to unseal Docket Nos. 19, 20 and 48. [Dkt. 183.] None of those documents have ever been relied upon in reference to any order issued by the Court. Rather, those documents were filed by Plaintiff, at the Court's direction, solely to prevent any claims of inappropriate proceedings. [*See* Dkt. 18.] No such claims have ever been made to this judge. The Court ordered those discovery documents (which are not usually allowed to be filed at all (*see* S.D. Ind. Local Rule 26-2) sealed and there is no reason to alter that directive at this time. Accordingly, Defendant's motion to unseal is **DENIED**. That said, while the Court is unpersuaded by defense counsel's arguments regarding the potential relevance of those documents, there is also no reason to preclude Defendant's counsel's access to those documents. Accordingly, the Clerk is directed to provide Mr. Quearry access to Docket Nos. 19, 20 and 48.

Dated: 06/19/2014

Distribution:

All Electronically Registered Counsel

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana