# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No. 1:12-cv-01117-WTL-DML |
| v. | ) |
| R. STEPHEN HINDS, TROY LAMB, MICHAEL HARRIS, ROBERT JOHNSON, MICHAEL HARRISON, JAMES DUNCAN, HOWARD MCDONALD, and JOHN DOE 10, | ) |
| Defendants. | ) |

## STIPULATION

This Stipulation was made on the 16th day of July 2014 by and between Plaintiff Malibu Media, LLC ("Plaintiff") and Defendant Michael Harrison ("Defendant").  NOW, THEREFORE, the parties hereby stipulate:

1.  That both Plaintiff and Harrison shall have up to and including July 21, 2014 to file and serve their final witness and exhibit lists; and,

2.  That Harrison shall have up to and including July 21, 2014 to serve his Fed. R. Civ. P. 26(a)(2)(B) or (C) disclosures and written reports.

**IT IS SO STIPULATED.**

Dated: July 17, 2014

Respectfully submitted,

NICOLETTI LAW, PLC

By:  /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)
33717 Woodward Avenue, #433

        Birmingham, MI 48009
        Tel:  (248) 203-7800
        E-Fax: (248) 928-7051
        Email:  pauljnicoletti@gmail.com
        *Attorney for Plaintiff*

By:   */s/ Gabriel J. Quearry*
       Gabriel J. Quearry, Esq.
       QUEARRY LAW, LLC
       386 Meridian Parke Lane, Suite A
       Greenwood, Indiana 46142
       E-mail: gq@quearrylaw.com
       *Attorney for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 17, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

               By:   /s/ *Paul J. Nicoletti*