UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC,  )<br>                                         )<br>        Plaintiff,                      )   Civil Case No. 1:12-cv-01117-WTL-MJD<br>                                         )<br>v.                                       )<br>                                         )<br>MICHAEL HARRISON,        )<br>                                         )<br>        Defendants.                )<br>_____ ) | |

## PLAINTIFF'S STATEMENT OF CLAIMS

Plaintiff, Malibu Media, LLC ("Plaintiff"), hereby files its Statement of Claims pursuant to the Court's April 15, 2014 Case Management Order.  CM/ECF 175, at II(A).  Plaintiff's Fourth Amended Complaint (CM/ECF 165), the operative complaint, alleges a single count for direct copyright infringement of six (6) of Plaintiff's copyrighted works against Defendant Michael Harrison.  The operative complaint alleges that Defendant used the BitTorrent file sharing protocol to unlawfully download and distribute the six movies.  Plaintiff's direct infringement claim is brought pursuant to 17 U.S.C. § § 106 and 501.

Dated:  September 9, 2014.

                                                          Respectfully submitted,

                                                          NICOLETTI LAW, PLC

                        By:     /s/ *Paul J. Nicoletti*  
                                 Paul J. Nicoletti, Esq. (P44419)  
                                 33717 Woodward Avenue, #433  
                                 Birmingham, MI 48009  
                                 Tel:  (248) 203-7800  
                                 E-Fax: (248) 928-7051  
                                 Email:  pauljnicoletti@gmail.com  
                                 *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 9, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                      By:    /s/ *Paul J. Nicoletti*