UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 1:12-cv-01117-WTL-MJD ) |
| MICHAEL HARRISON, | ) ) ) |
| Defendant. | ) ) |

**ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING COMCAST TO COMPLY WITH A THIRD PARTY SUBPOENA**

This matter came before the Court upon Plaintiff's Motion for Entry of an Order Authorizing Comcast to Comply with a Third Party Subpoena. [Dkt. 197.] Defendant filed a rambling response objecting to Plaintiff's motion. [Dkt. 202.] However, Defendant's arguments fail to overcome the overriding fact that Plaintiff has articulated why the discovery sought is relevant to a claim or defense in the case and is otherwise proper. Accordingly, the discovery sought is relevant and proper and Plaintiff's Motion is hereby **GRANTED**. Plaintiff may serve a third party subpoena on Comcast and Comcast is authorized to comply with Plaintiff's Subpoena *Duces Tecum* for deposition as outlined in Plaintiff's Motion.

Date: 09/10/2014

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Anthony Jay Saunders
ajsaunde@hotmail.com

Amy L. Cueller
LEMBERG LAW, LLC
acueller@lemberglaw.com

David Scott Klinestiver
LEWIS & KAPPES
dklinestiver@lewis-kappes.com

Matthew S. Tarkington
LEWIS & KAPPES, PC
mtarkington@lewis-kappes.com

Paul J. Nicoletti
NICOLETTI LAW, PLC
paul@nicoletti-associates.com

Gabriel J. Quearry
QUEARRY LAW, LLC
gq@quearrylaw.com