UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:12-cv-01117-WTL-MJD |
| | ) | |
| MICHAEL HARRISON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER REGARDING PLAINTIFF'S FIRST MOTION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY**

This matter comes before the Court upon Plaintiff's First Motion for Enlargement of Time to Complete Discovery. [Dkt. 216.] The Court has considered the motion and Defendant's objections thereto [Dkt. 220] and finds that Plaintiff has articulated good cause for the enlargement requested. At a minimum, Plaintiff must complete its discovery of Comcast, which must proceed pursuant to the Court's order on Plaintiff's motion at Docket No. 197, to which Defendant objected. Nor is the Court persuaded by Defendant's argument that enlargement of the discovery deadline will in any way impact the summary judgment deadline, as Defendant claims his discovery is complete and he is ready to proceed with summary judgment and Plaintiff makes no argument that the summary judgment deadline should be delayed to allow it to complete the discovery that remains. Accordingly, Plaintiff's motion is **GRANTED IN PART** and Section II(B) of the April 15, 2014 Case Management Order [Dkt. 175] is amended as follows:

> B. Dispositive motions are expected and shall be filed by **September 19, 2014**; all discovery shall be completed by **November 21, 2014**.

All other requirements of the April 15, 2014 Case Management Order [Dkt. 175] remain in effect.

Additionally, Defendant's Motion for Leave to File a Sur-reply to Plaintiff's First Motion for Enlargement of Time to Complete Discovery [Dkt. 223] is **DENIED**. The Court did not rely upon Plaintiff's reply [Dkt. 222] in granting the Plaintiff's motion; accordingly, any sur-reply thereto would be superfluous.

Date: 09/10/2014

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Anthony Jay Saunders
ajsaunde@hotmail.com

Amy L. Cueller
LEMBERG LAW, LLC
acueller@lemberglaw.com

David Scott Klinestiver
LEWIS & KAPPES
dklinestiver@lewis-kappes.com

Matthew S. Tarkington
LEWIS & KAPPES, PC
mtarkington@lewis-kappes.com

Paul J. Nicoletti
NICOLETTI LAW, PLC
paul@nicoletti-associates.com

Gabriel J. Quearry
QUEARRY LAW, LLC
gq@quearrylaw.com