UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL HARRISON, ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Case No. 1:12-cv-01117-WTL-MJD |

## ORDER ON PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTIONS

THIS CAUSE came before the Court upon Plaintiff's First Motion for Enlargement of Time to File Dispositive Motions. [Dkt. 229.] Defendant responded, objecting in part, but also requesting a shorter enlargement of the dispositive motions deadline. [Dkt. 230-31.]

The Court finds that Plaintiff's motion should be **GRANTED IN PART** and **DENIED IN PART**. Accordingly, Section II(B) of the April 15, 2014 Case Management Order as amended [Dkts. 175 & 228] is further amended as follows:

> B. Dispositive motions are expected and shall be filed by **November 21, 2014**; all discovery shall be completed by **November 21, 2014**.

All other requirements of the April 15, 2014 Case Management Order as amended [Dkts. 175 & 228] remain in effect.

SO ORDERED this 16th day of September, 2014.

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel