IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC** | : | Case No.: 1:12-cv-01117-WTL-MJD |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL HARRISON,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENSE COUNSEL GABRIEL QUEARRY FOR PUBLICLY DISCLOSING AND DISSEMINATING CONFIDENTIAL INFORMATION TWICE IN VIOLATION OF THE PROTECTIVE ORDER ENTERED ON APRIL 29, 2014**

This matter is before the Court on Defendant Michael Harrison's ("Harrison") Motion for Extension of Time to File Response to Plaintiff's Motion for Sanctions Against Defense Counsel Gabriel Quearry for Publicly Disclosing and Disseminating Confidential Information Twice in Violation of the Protective Order Entered on April 29, 2014 [CM/ECF 241]. And the Court, being duly advised in the matter, hereby **GRANTS** the same.

IT IS THEREFORE ADJUDGED AND DECREED that Harrison shall have up to and including October 3, 2014 to file his Response to Plaintiff's Motion for Sanctions Against Defense Counsel Gabriel Quearry for Publicly Disclosing and Disseminating Confidential Information Twice in Violation of the Protective Order Entered on April 29, 2014.

SO ORDERED, this _____ day of October 2014.

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution: Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.