UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1:12-cv-01117-WTL-MJD |
| MICHAEL HARRISON, | ) |
| Defendant. | ) |

**ORDER ON DEFENDANT'S MOTION REQUESTING AN EVIDENTIARY HEARING**

This matter comes before the Court on Defendant's Motion Requesting an Evidentiary Hearing on Plaintiff's Motion for Sanctions against Defendant for the Intentional Destruction of Material Evidence. [Dkt. 245.] The Court has reviewed Defendant's motion and Plaintiff's brief in opposition, [Dkt. 258], and the Court **GRANTS** Defendant's motion for an evidentiary hearing. [Dkt. 245.] The Court sets Plaintiff's motion for sanctions, [Dkt. 237], for an evidentiary hearing on **Thursday, December 18, 2014 at 8:30 am** in room 243, United States District Court, 46 East Ohio Street, Indianapolis, Indiana 46204.

On or before **Friday, November 21, 2014**, each party shall file a list of witnesses the party plans to present at the hearing, as well as a brief summary of each witness's expected testimony. By that date, each party shall also file a list of exhibits that party plans to present at the hearing, and shall exchange with the opposing party any such exhibits that have not previously been produced to the opposing party.

Date:  10/22/2014

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Anthony Jay Saunders
ajsaunde@hotmail.com

JAMES DUNCAN
15414 Cornflower Court
Westfield, IN 46074

MICHAEL HARRIS
1434 South 13th Street
Elwood, IN 46036

Amy L. Cueller
LEMBERG LAW, LLC
acueller@lemberglaw.com

David Scott Klinestiver
LEWIS & KAPPES
dklinestiver@lewis-kappes.com

Matthew S. Tarkington
LEWIS & KAPPES, PC
mtarkington@lewis-kappes.com

Paul J. Nicoletti
NICOLETTI LAW, PLC
paul@nicoletti-associates.com

Gabriel J. Quearry
QUEARRY LAW, LLC
gq@quearrylaw.com