**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT INDIANA**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 1:12-cv-01117-WTL-MJD |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL HARRISON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION TO APPEAR *PRO HAC VICE* FILED ON BEHALF OF**
**ATTORNEYS JASON H. COOPER AND MICHAEL KEITH LIPSCOMB**

Counsel for Plaintiff, Paul J. Nicoletti, of the law firm Nicoletti Law, PLC, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves for entry of an Order granting Jason H. Cooper and Michael Keith Lipscomb of Lipscomb, Eisenberg & Baker, PL, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff, Malibu Media, LLC, in the above-styled cause only.  In support of this motion, the undersigned states:

1.  The Certifications of Jason H. Cooper and Michael Keith Lipscomb, as required by S.D. Ind. Local Rule 83-6(b), are attached hereto as Exhibits A and B respectively.

2.  A check for Sixty Dollars ($60.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* have been mailed to the Clerk of this Court.

**WHEREFORE,** the undersigned counsel respectfully requests that this Court enter an Order granting Jason H. Cooper and Michael Keith Lipscomb leave to appear *pro hac vice* for purposes of this cause only.

1

Dated: November 18, 2014

Respectfully submitted,

NICOLETTI LAW, PLC

By:  /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)
33717 Woodward Avenue, #433
Birmingham, MI 48009
Tel: (248) 203-7800
E-Fax: (248) 928-7051
Email: pauljnicoletti@gmail.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2014, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorneys Jason H. Cooper and Michael Keith Lipscomb was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

By:  /s/ *Paul J. Nicoletti*