UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 1:12-cv-01117-WTL-MJD |
| MICHAEL HARRISON, | ) ) ) |
| Defendant. | ) ) |

**MINUTE ENTRY FOR NOVEMBER 18, 2014**
**TELEPHONIC CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

This matter came before the Court at the request of counsel for Defendant to address issues with certain nonparty depositions noticed by the Plaintiff. It was agreed to address Defendant's issues with a short enlargement of the deadline for the completion of discovery, without adjustment of any other deadlines. Accordingly, Section II(B) of the April 15, 2014 Case Management Order as amended [Dkts. 175, 228 & 232] is further amended as follows:

    B. Dispositive motions are expected and shall be filed by **November 21, 2014**; all discovery shall be completed by **December 12, 2014**.

All other requirements of the April 15, 2014 Case Management Order as amended [Dkts. 175, 228 & 232] remain in effect. The parties are reminded they are expected to cooperate in the scheduling of the depositions of any witnesses sought to be deposed prior to the close of discovery.

Dated: 11/18/2014

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel