UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, ) <br> ) <br> Plaintiff, ) <br> ) No. 1:12-cv-01117-WTL-MJD <br> vs. ) <br> ) <br> MICHAEL   HARRISON, ) <br> ) <br> Defendant. ) | |

**MINUTE ENTRY FOR DECEMBER 18, 2014**
**EVIDENTIARY HEARING**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

This matter came before the Court for an evidentiary hearing on Plaintiff's Motion for Sanctions [Dkt. 237]. Evidence was presented and arguments were held and the matter was taken under advisement.

Dated:   12/18/2014

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.