

**Secretary of State
Business Programs Division**
Business Entities - Records, P.O. Box 944260, Sacramento, CA 94244-2600

June 4, 2014

PAUL NICOLETTI
33717 WOODWARD AVE STE #433
BIRMINGHAM MI 48009

RE:  MALIBU MEDIA, LLC    201103910088

This letter is in response to your request for information.

A refund for overpayment in the amount of $7.00 will be processed and mailed in approximately six to eight weeks.  Note:  Refunds cannot be applied to future requests.


Certification and Records
Business Entities Section

Payment-Letter (Rev. 02/2012)
MAK

California Secretary of State
www.sos.ca.gov/business/be
(916) 657-5448

Confidential -  Attorneys Eyes Only   MM - Michael Harrison 000045

Confidential - Attorneys Eyes Only   MM - Michael Harrison 000046

| | LLC-1 | File # 201103910088 |
|---|---|---|



# State of California
## Secretary of State

## Limited Liability Company
## Articles of Organization

**FILED**
in the office of the Secretary of State
of the State of California

**FEB 08 2011**

A $70.00 filing fee must accompany this form.

Important -- Read instructions before completing this form.

This Space For Filing Use Only

**Entity Name** (End the name with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

1. NAME OF LIMITED LIABILITY COMPANY

   MALIBU MEDIA, LLC

**Purpose** (The following statement is required by statute and should not be altered.)

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

**Initial Agent for Service of Process** (If the agent is an individual, the agent must reside in California and both Items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

   BRIGHAM FIELD

4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA | CITY | STATE | ZIP CODE

   4237 AVENIDA DE LA ENCINAL | MALIBU | CA | 90265

**Management** (Check only one)

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:

   [ ] ONE MANAGER

   [✓] MORE THAN ONE MANAGER

   [ ] ALL LIMITED LIABILITY COMPANY MEMBER(S)

**Additional Information**

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

**Execution**

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

   FEBRUARY 4, 2011
   DATE

   SIGNATURE OF ORGANIZER

   LISA A. GALLO
   TYPE OR PRINT NAME OF ORGANIZER

LLC-1 (REV 04/2010) | APPROVED BY SECRETARY OF STATE

Confidential - Attorneys Eyes Only   MM - Michael Harrison 000047



I hereby certify that the foregoing
transcript of ____/____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

Date: JUN 0 4 2014

*Debra Bowen*
DEBRA BOWEN, Secretary of State

Confidential - Attorneys Eyes Only   MM - Michael Harrison 000048



# State of California
## Secretary of State

**STATEMENT OF INFORMATION**
(Limited Liability Company)

Filing Fee $20.00. If this is an amendment, see instructions.
**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

L  7

**FILED**
Secretary of State
State of California

**JAN 17 2013**

This Space For Filing Use Only

1. **LIMITED LIABILITY COMPANY NAME**
   Malibu Media, LLC

**File Number and State or Place of Organization**

2. SECRETARY OF STATE FILE NUMBER: 201103910088
3. STATE OR PLACE OF ORGANIZATION (If formed outside of California):

**No Change Statement**

4. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 15.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 5 and 7 cannot be P.O. Boxes.)

| # | Field | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 5. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 409 W. Olympic Blvd | Los Angeles, CA | | 90015 |
| 6. | MAILING ADDRESS OF LLC, IF DIFFERENT THAN ITEM 5 | | | | |
| 7. | CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | 409 W. Olympic Blvd | Los Angeles | CA | 90015 |

**Name and Complete Address of the Chief Executive Officer, If Any**

| # | Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 8. | Brigham Field | 409 W. Olympic Blvd | Los Angeles, CA | | 90015 |

**Name and Complete Address of Any Manager or Managers, or if None Have Been Appointed or Elected, Provide the Name and Address of Each Member** (Attach additional pages, if necessary.)

| # | Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 9. | Brigham Field | 409 W. Olympic Blvd | Los Angeles, CA | | 90015 |
| 10. | Colette Leah | 409 W. Olympic Blvd | Los Angeles, CA | | 90015 |
| 11. | | | | | |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California address, a P.O. Box is not acceptable. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.

12. NAME OF AGENT FOR SERVICE OF PROCESS
    Brigham Field

13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL: 409 W. Olympic Blvd — CITY: Los Angeles, CA — STATE: CA — ZIP CODE: 90015

**Type of Business**

14. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY
    The business is authorized to pursue any lawful business, at present, does video, photographic and internet entertainment

15. THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |
|---|---|---|---|
| August, 2012 | Brigham Field | Manager | /s/ Brigham Field |

LLC-12 (REV 01/2012)  APPROVED BY SECRETARY OF STATE

Confidential - Attorneys Eyes Only   MM - Michael Harrison 000049

Confidential -  Attorneys Eyes Only   MM - Michael Harrison 000050



# State of California
## Secretary of State

**STATEMENT OF INFORMATION**
(Limited Liability Company)

Filing Fee $20.00. If this is an amendment, see instructions.
**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

68
47
L

**FILED**
Secretary of State
State of California

**OCT 2 4 2013**

NF

This Space For Filing Use Only

1. **LIMITED LIABILITY COMPANY NAME**
   Malibu Media, LLC

**File Number and State or Place of Organization**

2. SECRETARY OF STATE FILE NUMBER: 201103910088
3. STATE OR PLACE OF ORGANIZATION (If formed outside of California): California

**No Change Statement**

4. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

   ☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 15.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 5 and 7 cannot be P.O. Boxes.)

5. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE: 409 W Olympic Bl. Suite 501 — CITY: Los Angeles — STATE: CA — ZIP CODE: 90015
6. MAILING ADDRESS OF LLC, IF DIFFERENT THAN ITEM 5:
7. STREET ADDRESS OF CALIFORNIA OFFICE: 409 W Olympic Bl. Suite 501 — CITY: Los Angeles — STATE: CA — ZIP CODE: 90015

**Name and Complete Address of the Chief Executive Officer, If Any**

8. NAME: Brigham Field — ADDRESS: 409 W Olympic Bl. Ste 501 — CITY: Los Angeles — STATE: CA — ZIP CODE: 90015

**Name and Complete Address of Any Manager or Managers, or if None Have Been Appointed or Elected, Provide the Name and Address of Each Member** (Attach additional pages, if necessary.)

9. NAME: Brigham Field — ADDRESS: 409 W Olympic Bl. Ste. 501 — CITY: Los Angeles — STATE: CA — ZIP CODE: 90015
10. NAME: Colette Pelissier — ADDRESS: 409 W Olympic Bl. Ste. 501 — CITY: Los Angeles — STATE: CA — ZIP CODE: 90015
11. NAME:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California address, a P.O. Box is not acceptable. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.

12. NAME OF AGENT FOR SERVICE OF PROCESS: Brigham Field
13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL: 409 W Olympic Bl. Ste. 501 — CITY: Los Angeles — STATE: CA — ZIP CODE: 90015

**Type of Business**

14. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY: Video, photographic, and internet entertainment

15. THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.
    DATE: 10-21-13 — TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM: Colette Pelissier — TITLE: Managing Member — SIGNATURE: [signed]

LLC-12 (REV 01/2013)                              APPROVED BY SECRETARY OF STATE

Confidential - Attorneys Eyes Only   MM - Michael Harrison 000051



I hereby certify that the foregoing transcript of ___2___ page(s) is a full, true and correct copy of the original record in the custody of the California Secretary of State's office.

Date: JUN 0 4 2014

DEBRA BOWEN, Secretary of State

Confidential - Attorneys Eyes Only   MM - Michael Harrison 000052