### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No. 1:12-cv-01117-WTL-MJD |
| v. | ) |
| MICHAEL HARRISON, | ) |
| Defendants. | ) |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME AND UNSEALING SELECTED DOCUMENTS

THIS CAUSE came before the Court upon Plaintiff's Motion for an extension of time within which Plaintiff has to file its Motion to Seal Portions of Defendant's Brief and Exhibits in Response to Plaintiff's Motion for Summary Judgment ("Defendant's Brief") and redacted versions of the same. [Dkt. 309.] That motion represents in part that Plaintiff "does not object to the unsealing of Exhibits A, B, G, H, K, M, N, O, and Q in support of Defendant's response to Plaintiff's motion for summary judgment. [*Id.; see also* Dkt. 296.] Accordingly, the Court hereby orders that Docket Nos. 296-1, 296-2, 296-7, 296-8, 296-11, 296-13, 296-14, 296-15 and 296-17 be **UNSEALED.**

Plaintiff's Motion for an enlargement of time is **GRANTED** and the deadline to file a motion to seal is enlarged to and including **February 4, 2015**.

SO ORDERED this 29th day of January, 2015.

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.