# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 1:12-cv-01117-WTL-MJD |
| ) | |
| v. ) | |
| ) | |
| MICHAEL HARRISON, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S PROPOSED SPECIAL INTERROGATORIES AND GENERAL VERDICT FORM

Plaintiff, Malibu Media, LLC, pursuant to Fed. R. Civ. P. 49(b), respectfully submits the attached proposed Special Interrogatories and General Verdict Form.

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT INDIANA**

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No. 1:12-cv-01117-WTL-MJD |
| v. | ) |
| MICHAEL HARRISON, | ) |
| Defendants. | ) |

## SPECIAL INTERROGATORIES AND GENERAL VERDICT FORM

**I.  Definitions**

1. "Works" shall mean and refer to the copyrighted films at issue in this lawsuit, specifically: (1) Veronica Wet Orgasm, (2) Introducing Diana, (3) Pretty Back Door Baby, (4) LA Love, (5) Romantic Memories, and (6) Sneak N Peek.

2. Applicable Time Period: June 3, 2012 to September 30, 2012.

**II.  Special Interrogatories**

We the jury, upon our oath, give the following answers to the Court's questions:

**A.  Did Plaintiff prove by a preponderance of the evidence that:**

1. Plaintiff owns the copyrights to Veronica Wet Orgasm, Introducing Diana, Pretty Back Door Baby, LA Love, Romantic Memories, and Sneak N Peek, collectively the "Works"?

    **Answer (Yes or No):** _____

2. Plaintiff did not authorize Defendant to use BitTorrent to download and distribute its Works?

    **Answer (Yes or No):** _____

3. IP Address 98.220.43.119 was used to distribute copies of the Works via the BitTorrent protocol?

   **Answer (Yes or No):** _____

4. Comcast assigned IP Address 98.220.43.119 to Defendant on July 30, 2012?

   **Answer (Yes or No):** _____

5. Defendant used IP Address 98.220.43.119 during the Applicable Time Period to connect to the Internet from his home address?

   **Answer (Yes or No):** _____

6. Defendant's Internet was password protected and encrypted during the Applicable Time Period?

   **Answer (Yes or No):** _____

7. Defendant lived alone during the Applicable Time Period?

   **Answer (Yes or No):** _____

8. No one visited Defendant with sufficient frequency during the Applicable Time Period to be the infringer.

   **Answer (Yes or No):** _____

9. No one heard, saw, smelled, tasted or touched a third party use BitTorrent via Defendant's Internet?

   **Answer (Yes or No):** _____

[Remainder of page intentionally left blank]

**III.** **<u>General Verdict</u>**

We the jury, upon our oath, give the following verdict, based upon a preponderance of the evidence:

1. Defendant used BitTorrent to download or distribute:

    a. Veronica Wet Orgasm

    **Answer (Yes or No):** _____

    b. Introducing Diana

    **Answer (Yes or No):** _____

    c. Pretty Back Door Baby

    **Answer (Yes or No):** _____

    d. LA Love

    **Answer (Yes or No):** _____

    e. Romantic Memories

    **Answer (Yes or No):** _____

    f. Sneak N Peek

    **Answer (Yes or No):** _____

2. If your answer to any part of question 1 is "yes," do you find that Defendant intentionally downloaded or distributed Plaintiff's Works without regard to Plaintiff's rights?

    **Answer (Yes or No):** _____

Dated:_____


_____ (Foreperson)   _____


_____               _____


_____               _____


_____