UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
|     Plaintiff, ) | Civil Case No. 1:12-cv-01117-WTL-MJD |
| ) | |
| v. ) | |
| ) | |
| MICHAEL HARRISON, ) | |
| ) | |
|     Defendants. ) | |
| ) | |

**PLAINTIFF'S LIST OF DEPOSITIONS INTENDED TO BE OFFERED INTO EVIDENCE DURING ITS CASE IN CHIEF**

Plaintiff, Malibu Media, LLC ("Plaintiff"), by and through undersigned counsel and pursuant to the Court's Case Management Order (CM/ECF 175, at p. 3 Section IV(A)(4)) hereby submits its list of depositions intended to be offered into evidence during its case in chief.

**Deposition of Comcast's 30(b)(6) Corporate Representative Colin Padgett**

Plaintiff intends to offer the entire deposition transcript into evidence at trial. However, the portions of the transcript that Plaintiff intends to read are:

1. Page 7, lines 17-25;

2. Page 12, lines 6-9;

3. Page 13, lines 14-25;

4. Page 14, lines 6-25;

5. Page 15, lines 1-19;

6. Page 17, lines 12-17;

7. Page 18, lines 23-25;

8. Page 19, lines 1-25;

9. Page 20, lines 1-25;

1

10. Page 21, lines 1-11;

11. Page 22, lines 1-25;

12. Page 23, lines 1-25;

13. Page 24, lines 1-25;

14. Page 25, lines 1-7;

15. Page 26, lines 11-25;

16. Page 27, lines 1-3;

17. Page 32, lines 22-25;

18. Page 33, lines 1-19;

19. Page 34, lines 16-22;

20. Page 35, lines 7-20;

21. Page 36, lines 14-25;

22. Page 37, lines 1-8;

23. Page 38, lines 1-8;

24. Page 43, lines 3-7;

25. Page 47, lines 7-25;

26. Page 48, lines 1-13;

27. Pave 49, lines 4-21;

28. Page 51, lines 21-25;

29. Page 52, lines 1-23;

30. Page 53, lines 11-25;

31. Page 54, lines 1-6;

32. Page 55, lines 3-25;

33. Page 56, lines 1-10;

34. Page 56, lines 24-25;

35. Page 57, lines 1-14;

36. Page 58, lines 1-23;

37. Page 62, lines 1-13;

38. Page 63, lines 8-25;

39. Page 64, lines 1-6;

40. Page 65, lines 9-25;

41. Page 70, lines 7-11;

42. Page 72, lines 4-25;

43. Page 73, lines 1-25;

44. Page 74, lines 1-25;

45. Page 75, lines 1-25;

46. Page 76, lines 1-25;

47. Page 77, lines 1-5;

48. Page 78, lines 1-17; and

49. Any section necessary for impeachment or rebuttal.