UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC,      ) | |
| ) | |
| Plaintiff,      ) | Civil Case No. 1:12-cv-01117-WTL-MJD |
| ) | |
| v.                           ) | |
| ) | |
| MICHAEL HARRISON,     ) | |
| ) | |
| Defendants.      ) | |
| ) | |

**PLAINTIFF'S LIST OF TRIAL WITNESSES WHO ARE ACTUALLY EXPECTED TO BE CALLED TO TESTIFY AT TRIAL**

Plaintiff, Malibu Media, LLC ("Plaintiff"), by counsel and pursuant to this Court's Case Management Order (CM/ECF 175, at p. 3, Section IV(A)(1)) hereby submits its list of trial witnesses who are actually expected to be called to testify at trial. Plaintiff reserves the right to supplement or amend this list at any time prior to trial.

**Witnesses:**

1. Colette Field;

2. Tobias Fieser;

3. Michael Patzer;

4. Comcast Cable – A corporate representative from Comcast Cable will testify (in person or through their previously taken deposition testimony);

5. Patrick Paige;

6. Defendant, Michael Harrison;

7. John Harlan;

8. Any individuals on Defendant's initial disclosures and preliminary or final witness lists, including any supplements or amendments thereto and any other witness Defendant may call at trial;

9. Any experts Defendant retained and designated to testify by the deadline set in the parties' Case Management Plan;

10. Any person disclosed in discovery;

11. Any rebuttal witnesses that may be necessary to rebut testimony at trial;

12. Additional individuals revealed in discovery or necessary to respond to witnesses, documents, facts or opinions not yet disclosed to Plaintiff.

Dated: July 20, 2015

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb, Esq. (429554)
jcooper@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Business: (786) 431-2228
Facsimile: (786) 431-2229

By: /s/ *Jason H. Cooper*
Jason H. Cooper, Esq. (98476)
jcooper@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Business: (786) 431-2228
Facsimile: (786) 431-2229

By:  /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P-44419)
pauljnicoletti@gmail.com
NICOLETTI LAW, PLC
33717 Woodward Ave, #433
Birmingham, MI 48009
Business:  (248) 203-7800
Facsimile: (248) 928-7051

### CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *M. Keith Lipscomb*