IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC** | : | Case No.: 1:12-cv-01117-WTL-MJD |
| Plaintiff, | : | |
| v. | : | |
| **MICHAEL HARRISON,** | : | |
| Defendant. | : | |

**DEFENDANT'S NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION *IN LIMINE* [DKT. 355]**

Michael Harrison ("Defendant") respectfully files herein his Notice of Withdrawal of Defendant's Motion for Leave to File Motion *In Limine* [Dkt. 355], and notifies the Court and Malibu Media, LLC ("Plaintiff") that he withdraws his Motion for Leave to File Motion *In Limine* [*Id.*].

Defendant will instead file a single (more efficient) motion pursuant to Rule 37(c) of the Federal Rules of Civil Procedure to exclude Plaintiff from using on a motion, at a hearing, or at the trial, Plaintiff's expert's new opinions that Plaintiff has not not disclosed in compliance with Rule 26(a) or (e). *See* Fed. R. Civ. P. 37(c)(1).

Respectfully Submitted,

*/s/ Gabriel J. Quearry*
Gabriel J. Quearry, #30412-32
gq@quearrylaw.com
QUEARRY LAW, LLC
386 Meridian Parke Lane, Suite A
Greenwood, Indiana 46142
(317) 285-9896 (telephone)
(317) 534-3069 (facsimile)
*Attorney for Defendant*

*Michael Harrison*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on July 24, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties by operation of the Court's electronic filing system.

           */s/ Gabriel J. Quearry*
           Gabriel J. Quearry