UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
|   vs. | ) CAUSE NO. 1:12-cv-1117-WTL-MJD |
| | ) |
| MICHAEL HARRISION, | ) |
| | ) |
|   Defendant. | ) |

### ENTRY ON DEFENDANT'S MOTION FOR EXTENSION OF TIME

This cause is before the Court on the Defendant's Second Motion for Extension of Time to File Pretrial Objections and Notice of Requests for Separation of Witnesses (Dkt. No. 368). The Court assumes that the Plaintiff objects to the requested extension. The motion is nonetheless **GRANTED IN PART**. The deadlines in question are extended as follows:

1. The Defendant shall file his objections to the Plaintiff's deposition designations and exhibit list by **noon on Tuesday, August 4, 2015**.

2. The Defendant shall file his objection to the Plaintiff's Motion in Limine to Preclude Evidence of Third Party Lawsuits by **4:00 p.m. on Tuesday, August 4, 2015**.

3. The Defendant shall file his objections to the Plaintiff's proposed jury instructions, special interrogatories and verdict forms and any request for separation of witnesses by **11:59 p.m. on Tuesday, August 4, 2015.**

It is the Court's intention to discuss the parties' pretrial filings generally at the final pretrial conference, and the Court believes that this schedule gives the Court and the Plaintiff adequate time to review the Defendant's filings to prepare for this general discussion. The Court will instruct the parties at the final pretrial if any reply briefs would be helpful and set a deadline for

those briefs.  In the event that formal argument is required with regard to any of the motions, that will be scheduled for a later date.

The Defendant is admonished that no further extension of these deadlines will be permitted and any further missed deadlines are likely to result in sanctions.  The Defendant has suggested that he may need additional time to respond to the Plaintiff's motion for sanctions; the Court suggests that any motion for time be filed as soon as possible.

SO ORDERED: 8/3/15

_William T Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification