UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **MALIBU MEDIA, LLC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 1:12-cv-1117-WTL-MJD |
| | ) |
| **MICHAEL HARRISON,** | ) |
| | ) |
| Defendants. | ) |

## ENTRY IN ADVANCE OF FINAL PRETRIAL CONFERENCE

The Court has reviewed the parties' pretrial submissions and orders the following:

1. The parties shall confer and prepare a joint issue instruction, which they shall present to the Court at the final pretrial conference. The issue instruction serves as the Court's brief introduction of the case to the jury; it is read to the jury during *voir dire* and is included in the Court's preliminary instructions. It needs to inform the jury who the parties are and what the case is about. Because it is coming from the Court, it must be completely neutral in tone; it also must be simple and succinct. It is the Court's practice to require the parties to agree to a joint issue instruction; it is not acceptable for each side to propose one.

2. The Plaintiff shall bring a complete copy of the Comcast deposition to the final pretrial with the portions it has designated in Dkt. No. 346 highlighted.

3. Each party shall bring a copy of each exhibit it/he intends to offer at trial to which the opposing side has made an objection so that the Court can resolve the objections.

SO ORDERED: 8/4/15

*William T Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification